# EXHIBIT A

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**  Reg. No. 1,424,176
Registered Jan. 6, 1987

## TRADEMARK
PRINCIPAL REGISTER

## TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910306270

FOR: COFFEE, COFFEE BEANS, TEA, HONEY, CHOCOLATE, FLOUR, WHEAT BRAN, PASTRY AND MOLASSES, IN CLASS 30 (U.S. CL. 46).
   FIRST USE 2-0-1980; IN COMMERCE 2-0-1980.

SER. NO. 597,966, FILED 5-12-1986.

JULIE B. SEYLER, EXAMINING ATTORNEY

Exhibit A                       21

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**  Reg. No. 1,421,310  Registered Dec. 16, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910306270

  FOR: SAFFLOWER OIL, DILL PICKLES, PINEAPPLE CHUNKS, FROZEN AND CANNED FISH, CHILI, BEEF SAUSAGE IN STICK FORM, SOUPS, CHOCOLATE MILK, PEANUT BUTTER AND POTATO CHIPS, IN CLASS 29 (U.S. CL. 46).

  FIRST USE 2-0-1978; IN COMMERCE 2-0-1978.

  SER. NO. 598,027, FILED 5-12-1986.

JULIE B. SEYLER, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cl.: 46

Reg. No. 1,422,216

**United States Patent and Trademark Office**  Registered Dec. 23, 1986

TRADEMARK
PRINCIPAL REGISTER

TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910306270

FOR: FRUIT JUICES, VEGETABLE JUICES AND PAPAYA NECTAR, IN CLASS 32 (U.S. CL. 46).

FIRST USE 10-0-1980; IN COMMERCE 10-0-1980.

SER. NO. 598,028, FILED 5-12-1986.

JULIE B. SEYLER, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**    Reg. No. 1,420,628
Registered Dec. 9, 1986

## SERVICE MARK
### PRINCIPAL REGISTER

## TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910306270

FOR: SPECIALTY GROCERY STORE SERVICES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 8-0-1967; IN COMMERCE 8-0-1967.

SER. NO. 598,029, FILED 5-12-1986.

JULIE B. SEYLER, EXAMINING ATTORNEY

Int. Cl.: 33

Prior U.S. Cls.: 47 and 49

**United States Patent and Trademark Office**  Reg. No. 1,421,383  Registered Dec. 16, 1986

TRADEMARK
PRINCIPAL REGISTER

TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910206270

FOR: WINES, VODKA AND GIN, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 8-0-1967; IN COMMERCE 8-0-1967.

SER. NO. 598,030, FILED 5-12-1986.

JULIE B. SEYLER, EXAMINING ATTORNEY

Exhibit A                                        25

Int. Cl.: 31

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**  Reg. No. 1,421,358
Registered Dec. 16, 1986

## TRADEMARK
## PRINCIPAL REGISTER

### TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910306270

FOR: RAW NUTS, CAT FOOD AND DOG FOOD, IN CLASS 31 (U.S. CL. 46).

FIRST USE 4-0-1978; IN COMMERCE 4-0-1978.

SER. NO. 599,166, FILED 5-16-1986.

JULIE B. SEYLER, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,171,157
Registered July 7, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

# TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910306270

FOR: RETAIL STORE SERVICES IN THE FIELD OF SPECIALTY FOODS AND BEVERAGES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-0-1967; IN COMMERCE 8-0-1967.

OWNER OF U.S. REG. NOS. 1,420,628, 1,733,844 AND OTHERS.

SER. NO. 75-285,794, FILED 5-3-1997.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY

Int. Cl.: 29

Prior U.S. Cl.: 46

Reg. No. 2,160,601

**United States Patent and Trademark Office**  Registered May 26, 1998

## TRADEMARK
### PRINCIPAL REGISTER

### TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910306270

FOR: PROCESSED FRUITS, CANNED FRUITS, BOTTLED FRUITS, DRIED FRUITS, PRESERVED FRUITS FROZEN FRUITS, FRUIT CHIPS, FRUIT PASTE, FRUIT PECTIN, FRUIT PEELS, FRUIT PULPS, FRUIT RINDS, FRUIT SALADS, FRUIT SAUCES, FRUIT TOPPING, FRUIT-BASED SNACK FOOD, FRUIT PRESERVES AND CONSERVES, FRUIT-BASED FILINGS FOR CAKES AND PIES, FRUIT-BASED SPREADS, CUT OR SLICED FRESH FRUITS, APPLESAUCE, PROCESSED APPLES, PROCESSED APRICOTS, BANANA CHIPS, PROCESSED BLUEBERRIES, PROCESSED CHERRIES, MARASCHINO CHERRIES, PROCESSED LEMONS, PROCESSED ORANGES, PROCESSED PEACHES, PROCESSED PEELS, RAISINS, CRANBERRY SAUCE, CRYSTALLIZED FRUIT, JAMS, JELLIES, LEMON CURD, MARMALADE, PROCESSED DATES, PROCESSED ARTICHOKES, PROCESSED ASPARAGUS, PROCESSED AVOCADOS, PROCESSED BEANS, BAKED BEANS, DRIED BEANS, PROCESSED BEETS, PROCESSED OLIVES, PROCESSED MUSHROOMS, PROCESSED ONIONS, PROCESSED PEPPERS, PROCESSED PIMIENTOS, PROCESSED POTATOES, PROCESSED TOMATOES, CANNED SOYBEANS, POTATO CHIPS, YUCCA CHIPS, COLE SLAW, DRIED SOYBEANS, FRENCH FRIED POTATOES, GHERKINS, GUACAMOLE, INSTANT POTATOES, LENTILS, ONION RINGS, PICKLED VEGETABLES, PICKLES, POTATO CRISPS, POTATO PANCAKES, PRESERVED TRUFFLES, PROCESSED CORN, SALADS (EXCEPT MACARONI, RICE AND PASTA SALAD), SAUERKRAUT, VEGETABLE SALADS, PROCESSED VEGETABLES, TOMATO PASTE, TOMATO PUREE, TEXTURED VEGETABLE PROTEIN FOR USE AS A MEAT EXTENDER, TOFU, PROCESSED PUMPKIN SEEDS, PROCESSED ALMONDS, PROCESSED COCONUT, EDIBLE OILS, PEANUT BUTTER, NUT BUTTER, BUTTER, BUTTER SUBSTITUTES, CHOCOLATE NUT BUTTER, COOKING OIL, PROCESSED EDIBLE SEEDS, RENNET, CANDIED FRUIT AND CANDIED FRUIT SNACKS AND CANDIED NUTS, SALAD OIL, PROCESSED NUTS, TAHINI, VEGETABLE OIL, PROCESSED ANCHOVIES, PROCESSED CLAMS, CAVIAR, BACON, BEEF, CORNED BEEF, ROAST BEEF, BOLOGNA, CHICKEN, CHICKEN AND DUMPLINGS, SEAFOOD, SOUPS, BOUILLON, SOUP BROTH, SOUP MIXES, CHOWDER, CLAM JUICE, CHILI, CHOP SUEY, CHOW MEIN, PROCESSED CRAYFISH, VEGETABLE CROQUETTES, FISH, FISH AND CHIPS, FISH FILLETS, HAM, HAMBURGER MEAT, HOT DOGS, JERKY, LIVER PASTE, LUNCHEON MEATS, MEAT, MEAT SUBSTITUTES, PATE, PORK, PORK RINDS, POULTRY, POULTRY SUBSTITUTES, PROCESSED PRAWNS, PROCESSED LAMB, SALAMI, SALMON, MAYONNAISE-BASED SANDWICH SPREAD, SARDINES, SAUSAGES, SHELLFISH, PROCESSED SHRIMP, SMOKED SALMON, LOX, TUNAFISH, TURKEY, VEAL, CREAM CHEESE, CHEESE, CHEESE SPREADS, CHEESE SUBSTITUTES, CHEESE AND CRACKER COMBINATIONS, MILK, HALF AND HALF MILK AND CREAM MIXTURE, NON-DAIRY CREAMER, ACIDOPH-

2                                    2,160,601

ILUS MILK, CHOCOLATE MILK, CREAM, WHEY-BASED FOOD BEVERAGES, SOY-BASED FOOD BEVERAGES USED AS A MILK SUBSTITUTE, DAIRY-BASED FOOD BEVERAGES, DAIRY-BASED CHOCOLATE FOOD BEVERAGES, VEGETABLE-BASED FOOD BEVERAGES, VEGETABLE-BASED CHOCOLATE FOOD BEVERAGES, COTTAGE CHEESE, DAIRY PRODUCTS (EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT), DAIRY-BASED DIPS, DIPS (EXCLUDING SALSA AND OTHER SAUCES USED AS DIPS), EGG NOG, EGG SUBSTITUTE, EGGS, MARGARINE, MARGARINE SUBSTITUTES, SOUR CREAM SUBSTITUTES, SOUR CREAM, WHIPPING CREAM AND YOGURT, PROCESSED GARLIC, IN CLASS 29 (U.S. CL. 46).

FIRST USE 2-0-1977; IN COMMERCE 2-0-1993.

SER. NO. 75-299,807, FILED 5-28-1997.

MONTIA O. GIVENS, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,156,879

**United States Patent and Trademark Office**    Registered May 12, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910306270

FOR: ARTICHOKE SAUCE, BAGELS, BAKERY GOODS, BAKING POWDER, BAKING SODA, BARBECUE SAUCE, BISCUITS, BRAN, BREAD, BREAD ROLLS, BREAD STICKS, BREAKFAST CEREALS, BRIOCHES, BUNS, BURRITOS, CAKE MIXES, CAKES, CANDY, CANDY CAKE DECORATIONS, CANDY COATED POPCORN, CANDY MINTS, CAPERS, CARAMEL POPCORN, CARAMELS, CEREAL-BASED SNACK FOOD, CHALUPAS, CHEESE FLAVORED PUFFED CORN SNACKS, CHEESE SAUCE, CHEESECAKE, CHILI POWDERS, CHILI SAUCE, CHOCOLATE, CHOCOLATE CHIPS, CHOCOLATE COVERED NUTS, CHOCOLATE FONDUE, CHOCOLATE FOOD BEVERAGES NOT BEING DAIRY-BASED OR VEGETABLE-BASED, CHOCOLATE POWDER, CHOCOLATE SYRUP, CHOCOLATE TOPPING, CHOCOLATE TRUFFLES, CHOCOLATE-BASED FILINGS FOR CAKES AND PIES, CHOW MEIN NOODLES, CHUTNEY, CINNAMON, CLOVES, COCOA, COCOA MIXES, COFFEE, CONES FOR ICE CREAM, CONFECTIONERY CHIPS FOR BAKING, COOKIES, CORN CHIPS, CORN CURLS, CORN FLAKES, CORN MEAL, CORN SYRUP, COUSCOUS, CRACKER AND CHEESE COMBINATIONS, CRACKERS, CREPES, CRUMPETS, CRYSTALLIZED GINGER, CURRY, CUSTARD-BASED FILINGS FOR CAKES AND PIES, CUSTARDS, DANISH PASTRIES, DESSERT SOUFFLES, DOUGHNUTS, DRIED CHILI PEPPERS, DUMPLINGS, ECLAIRS, EGG ROLLS, EMPANADAS, ENCHILADAS, FAJITAS, FARINA, FLAVORED ICES, FLAVORING SYRUP, FLOUR, FLOUR-BASED CHIPS, FOOD STARCH, FROZEN CONFECTIONS, FROZEN CUSTARDS, FROZEN ENTREES CONSISTING PRIMARILY OF PASTA OR RICE, FROZEN YOGURT, FRUIT ICE, FRUIT PIES, GINGERBREAD, GLAZED POPCORN, GNOCCHI, GRAIN OR CHICORY BASED COFFEE SUBSTITUTES, GRAIN-BASED CHIPS, GRAIN-BASED FOOD BEVERAGES, GRANOLA, GRANOLA-BASED SNACK BARS, HALVAH, HAM GLAZE, HERB TEA, HERBAL FOOD BEVERAGES, HONEY, HORSERADISH, HOT CHOCOLATE, HOT SAUCE, ICE CREAM SUBSTITUTE, ICE CREAM, KASHA, KETCHUP, LASAGNA, LICORICE, MACARONI, MACARONI AND CHEESE, MACARONI SALAD, MAPLE SYRUP, MARINADES, MAYONNAISE, MEAT PIES, MINCED GARLIC, MINCEMEAT PIES, MIXES FOR MAKING BAKERY GOODS, MOLASSES, MUFFINS, MUSTARD, NON-MEDICATED LOZENGES, NOODLES, NUTMEG, OATMEAL, PANCAKE MIXES, PANCAKE SYRUP, PANCAKES, PARFAITS, PASTA, PASTA SALAD, PASTA SHELLS, PASTRIES, PEANUT BUTTER CONFECTIONERY CHIPS, PEPPER, PICKLE RELISH, PIES, PIZZA, PIZZA SAUCE, POPPED POPCORN, POT PIES, POWDERED GARLIC, POWDERED GINGER, PRESERVED GINGER, PRETZELS, PROCESSED CEREALS, PROCESSED GRAINS, PROCESSED OATS, PROCESSED POPCORN, PUDDINGS, PUFFED CORN SNACKS, QUICHE, RAVIOLI, READY-TO-EAT CEREAL DERIVED FOOD BARS, RELISH, RICE, RICE SALAD, RICE-BASED SNACK FOODS, ROLLED OATS, RUSKS, SALAD DRESSINGS, SALSA, SALT,

Exhibit A                                30

2            2,156,879

SANDWICHES, SAUCES, SEASONINGS, SHERBET, SNACK MIX CONSISTING PRIMARILY OF CRACKERS AND/OR PRETZELS AND/OR CANDIED NUTS AND/OR POPPED POPCORN, SORBET, SOY SAUCE, SOY-BASED ICE CREAM SUBSTITUTE, SPAGHETTI, SPAGHETTI AND MEATBALLS, SPAGHETTI SAUCE, SPICES, SUGAR, TACO CHIPS, TACO SHELLS, TAMALES, TARTAR SAUCE, TEA, TEA-BASED BEVERAGES WITH FRUIT FLAVORING, TOMATO SAUCE, TORTILLA CHIPS, TORTILLAS, VANILLA, VINEGAR, WAFERS, WAFFLES AND WHEAT-BASED SNACK FOODS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-0-1976; IN COMMERCE 2-0-1993.

SER. NO. 75-299,808, FILED 5-28-1997.

MONTIA O. GIVENS, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,158,990
Registered May 19, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## TRADER JOE'S

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
538 MISSION STREET
SOUTH PASADENA, CA 910306270

FOR: ALE, BEER, NONALCOHOLIC MALT BEVERAGE, NON-ALCOHOLIC PUNCH, NON-ALCOHOLIC COCKTAIL MIXES, CARBONATED AND NON-CARBONATED SOFT DRINKS, COLAS, GINGER ALE, GINGER BEER, FRUIT FLAVORED SOFT DRINKS, SOFT DRINKS FLAVORED WITH TEA, FRUIT JUICES, FRUIT JUICE CONCENTRATES, AERATED FRUIT JUICES, FRUIT DRINKS, FRUIT NECTARS, FRUIT PUNCH, SWEET CIDER, LEMONADE, SYRUP FOR MAKING LEMONADE, SYRUPS AND ESSENCES FOR USE IN MAKING SOFT DRINKS, TOMATO JUICE, VEGETABLE JUICES, ALOE VERA JUICE, SPORTS DRINKS, MINERAL WATER, SELTZER WATER, SODA WATER, SPRING WATER, AERATED WATER, DRINKING WATER, LITHIA WATER, MINERAL WATER, QUININE WATER AND TABLE WATER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 11-0-1978; IN COMMERCE 2-0-1993.

OWNER OF U.S. REG. NO. 1,422,216.

SER. NO. 75-299,824, FILED 5-28-1997.

MONTIA O. GIVENS, EXAMINING ATTORNEY



# TRADER JOE'S

**Reg. No. 4,001,531**  
**Registered July 26, 2011**  
**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)  
800 SOUTH SHAMROCK AVENUE  
MONROVIA, CA 91016

FOR: RETAIL GROCERY SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1967; IN COMMERCE 1-1-1967.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-146,590, FILED 10-6-2010.

COLLEEN KEARNEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Exhibit A                    33



## TRADER JOE'S

**Reg. No. 4,001,533**  TRADER JOE'S COMPANY (CALIFORNIA CORPORATION)
                       800 SOUTH SHAMROCK AVENUE
**Registered July 26, 2011** MONROVIA, CA 91016

**Int. Cl.: 35**       FOR: RETAIL GROCERY SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

                       FIRST USE 1-1-1967; IN COMMERCE 1-1-1967.
**SERVICE MARK**
                       THE MARK CONSISTS OF THE WORDS "TRADER JOE'S" IN A STYLIZED FONT.
**PRINCIPAL REGISTER**
                       SER. NO. 85-146,783, FILED 10-6-2010.

                       COLLEEN KEARNEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Exhibit A                              34

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,221,626**

**Registered Jun. 13, 2017**

**Int. Cl.: 16, 18, 35**

**Service Mark**

**Trademark**

**Principal Register**

Trader Joe's Company (CALIFORNIA CORPORATION)
800 S. Shamrock Avenue
Monrovia, CA 91016

CLASS 16: General purpose paper and plastic bags, merchandise bags, grocery bags for use in food wrapping and packaging

FIRST USE 1-1-1996; IN COMMERCE 1-1-1996

CLASS 18: Food carrying bags, namely, reusable bags made from cloth or other textiles to carry products from grocery stores; All-purpose reusable carrying bags

FIRST USE 1-1-1996; IN COMMERCE 1-1-1996

CLASS 35: Retail grocery services

FIRST USE 1-1-1996; IN COMMERCE 1-1-1996

The mark consists of a picture of fruit, bread, cheese, and a bottle of wine with the stylized words "TRADER JOE'S" shown directly below; all within a circle with a border.

SER. NO. 87-151,808, FILED 08-26-2016
THEODORE M MCBRIDE, EXAMINING ATTORNEY

*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# TRADER JOE'S

**Reg. No. 5,927,576**  
**Registered Dec. 03, 2019**  
**Int. Cl.: 33**  
**Trademark**  
**Principal Register**

Trader Joe's Company  (CALIFORNIA CORPORATION)
800 South Shamrock Avenue
Monrovia, CALIFORNIA 91016

CLASS 33: Distilled blue agave liquor

FIRST USE 10-00-2018; IN COMMERCE 10-00-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-922,408, FILED 05-15-2018

*Andrei Iancu*

Director of the United States
Patent and Trademark Office

Exhibit A                                       36