DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
ANDREW M. LEVAD (S.B. #313610)
alevad@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

SCOTT W. PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601

*Attorneys for Plaintiff
Trader Joe's Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S UNITED,<br><br>Defendant. | Case No. _____<br><br>**PLAINTIFF TRADER JOE'S COMPANY'S CORPORATE DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1]**<br><br>Complaint Filed: July 13, 2023<br>Trial Date: Not Set |

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Trader Joe's Company hereby states:

    1.     T.A.C.T. Holding, Inc. is Trader Joe's Company's corporate parent; and

    2.     No publicly held company owns 10% or more of Trader Joe's Company's stock.

Dated: July 13, 2023

O'MELVENY & MYERS LLP

By:   /s/ David R. Eberhart
       David R. Eberhart

Attorneys for Plaintiff
TRADER JOE'S COMPANY