| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
| 2 | deberhart@omm.com |
|   | ANDREW M. LEVAD (S.B. #313610) |
| 3 | alevad@omm.com |
|   | O'MELVENY & MYERS LLP |
| 4 | Two Embarcadero Center |
|   | 28th Floor |
| 5 | San Francisco, California 94111-3823 |
| 6 | Telephone:  +1 415 984 8700 |
|   | Facsimile:    +1 415 984 8701 |
| 7 | |
|   | SCOTT W. PINK (S.B. #122383) |
| 8 | spink@omm.com |
|   | 2765 Sand Hill Road |
| 9 | Menlo Park, California 94025-7019 |
|   | Telephone: +1 650 473 2600 |
| 10 | Facsimile: +1 650 473 2601 |
| 11 | |
|    | *Attorneys for Plaintiff* |
| 12 | *Trader Joe's Company* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| TRADER JOE'S COMPANY, a California corporation, | Case No. 2:23-cv-05664-HDV-MAR |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF ANDREW LEVAD** |
| v. | |
| TRADER JOE'S UNITED, | |
| Defendant. | |

1  TO ALL PARTIES OF RECORD IN THE ABOVE-REFERENCED
2  ACTION, PLEASE TAKE NOTICE THAT Andrew M. Levad of O'Melveny &
3  Myers LLP, hereby enters his appearance as counsel for Plaintiff Trader Joe's
4  Company in this matter.
5      Appearing counsel request that all papers served in this action be served upon
6  the undersigned at the address below.

> Andrew M. Levad, Esq.
> alevad@omm.com
> O'MELVENY & MYERS LLP
> Two Embarcadero Center, 28th Floor
> San Francisco, California 94111
> Telephone: 415-984-8700
> Facsimile: 415-984-8701

Dated: July 14, 2023            Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Andrew M. Levad*
    Andrew M. Levad

*Attorneys for Plaintiff
Trader Joe's Company*