DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
ANDREW M. LEVAD (S.B. #313610)
alevad@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center 28th Floor San Francisco,
California 94111-3823
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

SCOTT W. PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601

*Attorneys for Plaintiff*
*Trader Joe's Company*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>**PROOF OF SERVICE ON DEFENDANT TRADER JOE'S UNITED**<br><br>Complaint Filed: July 13, 2023 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRADER JOE'S COMPANY

CIVIL ACTION NO.: 2:23-CV-05664-HDV-MAR

vs

*Plaintiff*

TRADER JOE'S UNITED

*Defendant*

## AFFIDAVIT OF SERVICE

State of Massachusetts }
County of Hampden } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Massachusetts.

That on 07/29/2023 at 3:05 PM at parking lot of Trader Joe's at 375 Russell Street, Hadley, MA 01035

deponent served a(n) Summons in a Civil Action; Complaint for Jury Trial Demand 1. Federal Trademark Infringement 2. Federal Unfair Competition 3. Federal Trademark Dilution 4. California Statutory Unfair Competition 5. California Common Law Trademark Infringement and Unfair Competition with Exhibit A; Civil Cover Sheet; Plaintiff Trader Joe's Company's Corporate Disclosure Statement (FED.R.CIV.P.7.1); Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Assignment to United State Judges, District Judge: Hernan D. Vera and Magistrate Judge: Margo A. Rocconi; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Appearance of Andrew Levad; Civil Standing Order, and Standing Order on Discovery Disputes

on Trader Joe's United, Defendant therein named,

by delivering a true copy of each to said Jamie Edwards, the president of the Independent labor union Trader Joe's United, personally, authorized to accept service thereof.

Description of Person Served:
Gender: Male
Skin: Black
Hair: Black (Braids)
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs
Other: Nose Ring

Sworn to before me this
1st day of August, 2023

HOLLY L. HEBDA
Notary Public, Commonwealth of Massachusetts
My Commission Expires February 9, 2029

William Terry, Jr., Constable

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160