Sonya Mehta, SBN 294411
Siegel, Yee, Brunner & Mehta
475 14th Street, Suite 500
Oakland, CA 94612
510-839-1200; Sonyamehta@siegelyee.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRADER JOES | 2:23-CV-05664 |
|---|---|
| Plaintiff(s) | |
| v. | |
| TRADER JOES UNITED | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

SINGLA, RETU R.
*Applicant's Name (Last Name, First Name & Middle Initial*

646-228-4729             251-319-2955
*Telephone Number*      *Fax Number*

rsingla@workingpeopleslaw.com
*E-Mail Address*

of

JULIEN, MIRER, SINGLA & GOLDSTEIN PLLC., WORKING PEOPLE'S LAW FIRM
ONE WHITEHALL STREET, 16TH FLOOR
NEW YORK, NY 10004
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Trader Joes United

*Name(s) of Party(ies) Represent*      ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Mehta, Sonya Z
*Designee's Name (Last Name, First Name & Middle Initial*

294411            510-839-1200       510-444-6698
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

sonymehta@siegelyee.com
*E-Mail Address*

of

Sonya Mehta, SBN 294411
Siegel, Yee, Brunner & Mehta
475 14th Street, Suite 500
Oakland, CA 94612

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

_____
**U.S. District Judge/U.S. Magistrate Judge**

**Dated:** Click here to enter a date.