**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Trader Joes Company | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-05664-HDV-MAR |
| v. | |
| Trader Joes United | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 8/14/23 | / | 13 | / | Notice of Appearance |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| | / | | / | |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☑ Incorrect event selected. Correct event is ____Notice form G123____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other: Correct form must be used to properly update CM/ECF. Incomplete case number.

Dated: 8/18/23   By: *[signature]*
U.S. District Judge / ~~U.S. Magistrate Judge~~

*cc: Assigned District and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)