1  SONYA Z. MEHTA, SBN 294411
   SIEGEL, YEE, BRUNNER & MEHTA
2  475 14th Street, Suite 500
   Oakland, California 94612
3  Telephone: (510) 839-1200
4  Facsimile: (510) 444-6698
   sonyamehta@siegelyee.com
5
6  Attorneys for Defendant
   TRADER JOE'S UNITED
7
8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation, | Case No. 2:23-cv-05664-HDV-MAR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING TRADER JOE'S UNITED MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP RULE 12(B)(6) AND GRANTING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** |
| vs. | |
| TRADER JOE'S UNITED, | Hon. Hernán D. Vera |
| Defendant. | Date: September 21, 2023 |
| | Ctrm: 5B |
| | Time: 10:00 a.m. |
| | Complaint Filed: July 13, 2023 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
[Proposed] Order Granting Trader Joe's United Motion to Dismiss Plaintiff's Complaint
And Granting Defendant's Request For Judicial Notice – 1

1    After reviewing the moving, opposition, and reply papers, and after performing a
2 detailed review of the law on exhaustion of administrative remedies, it is hereby
3 ordered:
4    Defendant's Request for Judicial Notice regarding public filings of National
5 Labor Relations Board complaints against Trader Joe's Company for unlawful practices
6 is GRANTED.
7    Defendant's Motion to Dismiss Plaintiff's Claims One to Five, all concerning
8 trademark infringement or dilution, is GRANTED.
9    IT IS SO ORDERED.

11    Dated: _____        By: _____

                                  HON. HERNÁN D. VERA
                                  UNITED STATES DISTRICT JUDGE

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
[Proposed] Order Granting Trader Joe's United Motion to Dismiss Plaintiff's Complaint
And Granting Defendant's Request For Judicial Notice – 2

# PROOF OF SERVICE

I, Sonya Z. Mehta, declare:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 475 14th Street, Suite 500, Oakland, California.

On below date, I served the following documents:

1. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

By email addressed to:

Andrew M. Levad, Esq.
David R. Eberhart
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor San Francisco, California 94111 Telephone:
Tel: 415-984-8700
Facsimile: 415-984-8701
deberhart@omm.com
alevad@omm.com

SCOTT W. PINK (S.B. #122383)
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601
spink@omm.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 21, 2022, at Oakland, California.

　　　　　　　　　　　　　　　　/s/ Sonya Z. Mehta
　　　　　　　　　　　　　　　　Sonya Z. Mehta

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
[Proposed] Order Granting Trader Joe's United Motion to Dismiss Plaintiff's Complaint And Granting Defendant's Request For Judicial Notice – 3