# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOES COMPANY<br><br>Plaintiff(s),<br><br>v.<br><br>TRADER JOES UNITED<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-cv-05664-HDV-MAR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __8/21/2023__

Document No.:   __20__

Title of Document:   __MOTION to Dismiss__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7-1.1 no notice of interested parties.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _August 22, 2023_            By:  _/s/ Lori Muraoka  lori_muraoka@cacd.uscourts.gov_
                                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**