SONYA Z. MEHTA, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
sonyamehta@siegelyee.com

Attorneys for Defendant
TRADER JOE'S UNITED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**<br><br>Hon. Hernán D. Vera<br><br>Complaint Filed: July 13, 2023 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Notice of Interested Parties – 1

1   TO THE COURT AND ALL PARTIES OF RECORD:

2   The undersigned, counsel of record for Defendant Trader Joe's United, certifies that the
3   following listed parties may have a pecuniary interest in the outcome of this case. These
4   representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| Trader Joe's Company | Plaintiff |
| Trader Joe's United | Defendant |

Dated:  August 22, 2023                         SIEGEL, YEE, BRUNNER & MEHTA


By:  __/s/ Sonya Z. Mehta____
     Sonya Z. Mehta

Attorneys for Defendant
TRADER JOE'S UNITED

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Notice of Interested Parties – 2