# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation, | CASE NUMBER |
| | 2:23-CV-05664-HDV-MAR |
| PLAINTIFF(S) | |
| v. | |
| TRADER JOE'S UNITED | APPLICATION FOR REFUND OF FEES; ORDER THEREON |
| DEFENDANT(S) | |

*Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.*

## SECTION I

| | |
|---|---|
| Name of Applicant: | RETU R. SINGLA |
| Amount Paid: | $ 500 |
| Requested Refund Amount: | $ 500 |
| Document Title and Docket #: | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE, DKT. 14 |
| Transaction Date: | 8/14/23 |
| Receipt Number: (If paid by cash/check only) | |

**Reason for refund request:**
☐ Duplicate payment submitted
☐ Fee paid even though none was required
☐ Overpayment of a required filing fee
☐ Pro hac vice application denied (order attached)
☒ Other: PRO HAC VICE APPLICATION STRUCK - DKT. 16

## SECTION II  (*Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.*)

| | |
|---|---|
| Account Holder Name: | SONYA Z. MEHTA |
| Pay.gov Tracking ID: | 09610G |
| Agency Tracking ID: | ACACDC-35852723 |

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

### For Court Use Only

**Fiscal Department**

☐ Refund issued.

☐ Application for refund denied:
  ☐ Application seeks refund of fee that was not paid.
  ☐ Previous court order indicates fee is not to be refunded.

☐ Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED    ☐ DENIED

_____
United States District/Magistrate Judge

G-124 (11/17)   APPLICATION FOR REFUND OF FEES; ORDER THEREON