# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California Corporation, <br><br> **PLAINTIFF(S)** <br><br> v. <br><br> TRADER JOE'S UNITED <br><br> **DEFENDANT(S)** | **CASE NUMBER** <br> 2:23-cv-05664-HDV-MAR <br><br> **APPLICATION FOR REFUND OF FEES; ORDER THEREON** |

Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

## SECTION I

Name of Applicant: SETH GOLDSTEIN
Amount Paid: $ 500
Requested Refund Amount: $ 500
Document Title and Docket #: APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE, DKT. 14
Transaction Date: 8/14/23
Receipt Number:
(If paid by cash/check only)

**Reason for refund request:**
☐ Duplicate payment submitted
☐ Fee paid even though none was required
☐ Overpayment of a required filing fee
☐ Pro hac vice application denied (order attached)
☒ Other:
PRO HAC VICE APPLICATION STRUCK - DKT. 16

## SECTION II  (Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.)

Account Holder Name: SONYA MEHTA
Pay.gov Tracking ID: 08261I
Agency Tracking ID: ACACDC-35853049

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

### For Court Use Only

**Fiscal Department**

☐ Refund issued.

☐ Application for refund denied:
  ☐ Application seeks refund of fee that was not paid.
  ☐ Previous court order indicates fee is not to be refunded.

☐ Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED   ☐ DENIED

_____
United States District/Magistrate Judge

G-124 (11/17)          APPLICATION FOR REFUND OF FEES; ORDER THEREON