Dat H. Phan, SBN 316813
Hennig, Kramer, Ruiz & Singh, LLP
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
213-310-8301
dat@employmentattorneyla.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOES<br><br>Plaintiff(s)<br>v.<br><br>TRADER JOES UNITED<br><br>Defendant(s). | 2:23-CV-05664-HDV-MAR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

SINGLA, RETU R.
*Applicant's Name (Last Name, First Name & Middle Initial*

646-228-4729     251-319-2955
*Telephone Number*     *Fax Number*

rsingla@workingpeopleslaw.com
*E-Mail Address*

of

JULIEN, MIRER, SINGLA & GOLDSTEIN PLLC., WORKING PEOPLE'S LAW FIRM
ONE WHITEHALL STREET, 16TH FLOOR
NEW YORK, NY 10004
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendant Trader Joes United

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Phan, Dat H.
*Designee's Name (Last Name, First Name & Middle Initial*

316813      213-310-8301      213-310-8302
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dat@employmentattorneyla.com
*E-Mail Address*

of

Dat H. Phan, SBN 316813
Hennig, Kramer, Ruiz & Singh, LLP
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
213-310-8301
dat@employmentattorneyla.com
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

_____
U.S. District Judge/U.S. Magistrate Judge

**Dated:** Click here to enter a date.