# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California Corporation, | CASE NUMBER |
| PLAINTIFF(S) | 2:23-cv-05664-HDV-MAR |
| v. | |
| TRADER JOE'S UNITED | APPLICATION FOR REFUND OF FEES; ORDER THEREON |
| DEFENDANT(S) | |

Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

**SECTION I**

Name of Applicant: SETH GOLDSTEIN
Amount Paid: $ 500
Requested Refund Amount: $ 500
Document Title and Docket #: APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN SPECIFIC CASE, DKT. 14
Transaction Date: 8/14/23
Receipt Number:
(If paid by cash/check only)

**Reason for refund request:**
☐ Duplicate payment submitted
☐ Fee paid even though none was required
☐ Overpayment of a required filing fee
☐ Pro hac vice application denied (order attached)
☒ Other:
PRO HAC VICE APPLICATION STRUCK - DKT. 16

**SECTION II** (*Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.*)

Account Holder Name: SONYA MEHTA
Pay.gov Tracking ID: 08261I
Agency Tracking ID: ACACDC-35853049

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

*For Court Use Only*

**Fiscal Department**

☒ Refund issued.

☐ Application for refund denied:
　☐ Application seeks refund of fee that was not paid.
　☐ Previous court order indicates fee is not to be refunded.

☐ Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED    ☐ DENIED

_____
United States District/Magistrate Judge

G-124 (11/17)   APPLICATION FOR REFUND OF FEES; ORDER THEREON