SONYA Z. MEHTA, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Tel: 510-839-1200
Fax: 510-444-6698
sonyamehta@siegelyee.com

DAT HOANG PHAN, SBN 316813
HENNIG, KRAMER, RUIZ AND SINGH, LLP
3600 Wilshire Boulevard
Suite 1908
Los Angeles, CA 90010
Tel: 213-310-8301
Fax: 213-310-8302
dat@employmentattorneyla.com

RETU R. SINGLA, SBN 4162822
Tel: 646-228-4719
rsingla@workingpeopleslaw.com
SETH L. GOLDSTEIN, SBN 2160182
Tel: 646-460-1309
Fax: 251-319-2955
sgoldstein@workingpeopleslaw.com
JULIEN MIRER SINGLA AND GOLDSTEIN PLLC
One Whitehall Street, 16th Floor
New York, NY 10004
ADMITTED PRO HAC VICE

Attorneys for Defendant
TRADER JOE'S UNITED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>    Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>**DEFENDANT TRADER JOE'S UNITED'S APPLICATION TO APPEAR REMOTELY**<br><br>Filed Concurrently with Declaration of Retu Singla<br><br>Hon. Hernán D. Vera<br>Date: November 9, 2023<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Defendant Trader Joe's United's Application to Appear Remotely – 1

**APPLICATION TO APPEAR REMOTELY**

Defendant Trader Joe's United respectfully requests that this Court allow its lead counsel Retu Singla to appear remotely for the hearing on Defendant's Motion to Dismiss scheduled for November 9, 2023, at 10 a.m. in Los Angeles.

There is good cause for a remote appearance. Defendant's Lead Attorney Singla has led this case from the inception and is most equipped to argue Defendant's motion. (Declaration of Retu Singla, ¶ 1.) Indeed, she will argue the motion. (Id.) However, Attorney Singla resides in New York, and it would be a long and expensive trip to fly to Los Angeles. (*Id.*, ¶ 2.) It would significantly impact Trader Joe's United, a fledgling union with extremely modest funds, to have to pay for the flight for Attorney Singla to appear. (*Id.*, ¶ 2, 6.) TJU needs its meager funds to maintain its union against Plaintiff's documented unfair labor practices against it. (*Id.*, ¶¶ 4-5.)

In addition, by eliminating the need for travel, Attorney Singla will have more time to engage in her frequently pro bono work for working people and newly organizing workers. (*Id.*, ¶ 7.)

Dated: November 2, 2023       SIEGEL, YEE, BRUNNER & MEHTA


By:   */s/ Sonya Z. Mehta*
       Sonya Z. Mehta

Attorneys for Defendant
TRADER JOE'S UNITED

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Defendant Trader Joe's United's Application to Appear Remotely – 2