| | |
|---|---|
| SONYA Z. MEHTA, SBN 294411<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Tel: 510-839-1200<br>Fax: 510-444-6698<br>sonyamehta@siegelyee.com<br><br>DAT HOANG PHAN, SBN 316813<br>HENNIG, KRAMER, RUIZ AND SINGH, LLP<br>3600 Wilshire Boulevard<br>Suite 1908<br>Los Angeles, CA 90010<br>Tel: 213-310-8301<br>Fax: 213-310-8302<br>dat@employmentattorneyla.com | RETU R. SINGLA, SBN 4162822<br>Tel: 646-228-4719<br>rsingla@workingpeopleslaw.com<br>SETH L. GOLDSTEIN, SBN 2160182<br>Tel: 646-460-1309<br>Fax: 251-319-2955<br>sgoldstein@workingpeopleslaw.com<br>JULIEN MIRER SINGLA AND<br>GOLDSTEIN PLLC<br>One Whitehall Street, 16th Floor<br>New York, NY 10004<br>ADMITTED PRO HAC VICE<br><br>Attorneys for Defendant<br>TRADER JOE'S UNITED |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>　　　　　Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>**DEFENDANT TRADER JOE'S UNITED'S APPLICATION TO APPEAR REMOTELY**<br><br>Filed Concurrently with Declaration of Retu Singla and [Proposed] Order<br><br>Hon. Hernán D. Vera<br>Date: November 9, 2023<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Defendant Trader Joe's United's Application to Appear Remotely – 1

**APPLICATION TO APPEAR REMOTELY**

Defendant Trader Joe's United respectfully requests that this Court allow its lead counsel Retu Singla to appear remotely for the hearing on Defendant's Motion to Dismiss scheduled for November 9, 2023, at 10 a.m. in Los Angeles.

There is good cause for a remote appearance. Defendant's Lead Attorney Singla has led this case from the inception and is most equipped to argue Defendant's motion. (Declaration of Retu Singla, ¶ 1.) Indeed, she will argue the motion. (Id.) However, Attorney Singla resides in New York, and it would be a long and expensive trip to fly to Los Angeles. (*Id.*, ¶ 2.) It would significantly impact Trader Joe's United, a fledgling union with extremely modest funds, to have to pay for the flight for Attorney Singla to appear. (*Id.*, ¶ 2, 6.) TJU needs its meager funds to maintain its union against Plaintiff's documented unfair labor practices against it. (*Id.*, ¶¶ 4-5.)

In addition, by eliminating the need for travel, Attorney Singla will have more time to engage in her frequently pro bono work for working people and newly organizing workers. (*Id.*, ¶ 7.)

Dated: November 2, 2023

SIEGEL, YEE, BRUNNER & MEHTA

By: /s/ Sonya Z. Mehta
 Sonya Z. Mehta

Attorneys for Defendant
TRADER JOE'S UNITED

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Defendant Trader Joe's United's Application to Appear Remotely – 2