| | |
|---|---|
| SONYA Z. MEHTA, SBN 294411<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Tel: 510-839-1200<br>Fax: 510-444-6698<br>sonyamehta@siegelyee.com<br><br>DAT HOANG PHAN, SBN 316813<br>HENNIG, KRAMER, RUIZ AND SINGH, LLP<br>3600 Wilshire Boulevard<br>Suite 1908<br>Los Angeles, CA 90010<br>Tel: 213-310-8301<br>Fax: 213-310-8302<br>dat@employmentattorneyla.com | RETU R. SINGLA, SBN 4162822<br>Tel: 646-228-4719<br>rsingla@workingpeopleslaw.com<br>SETH L. GOLDSTEIN, SBN 2160182<br>Tel: 646-460-1309<br>Fax: 251-319-2955<br>sgoldstein@workingpeopleslaw.com<br>JULIEN MIRER SINGLA AND GOLDSTEIN PLLC<br>One Whitehall Street, 16th Floor<br>New York, NY 10004<br>ADMITTED PRO HAC VICE<br><br>Attorneys for Defendant<br>TRADER JOE'S UNITED |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>    Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>**SINGLA DECLARATION ISO DEFENDANT TRADER JOE'S UNITED'S APPLICATION TO APPEAR REMOTELY**<br><br>Filed Concurrently with Application to Appear Remotely and [Proposed] Order<br><br>Hon. Hernán D. Vera<br>Date: November 9, 2023<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Singla Declaration ISO Defendant Trader Joe's United's Application to Appear Remotely – 1

## DECLARATION OF ATTORNEY RETU SINGLA

I, RETU SINGLA, declare:

1. I am lead counsel for Trader Joe's United ("TJU" or "the Union") in the instant trademark infringement lawsuit Trader Joe's Company has filed against the Union. I have led this case since its inception, and I am most equipped to argue the motion. Indeed, I will argue the motion.

2. I reside in New York and will have to make a long and expensive trip to Los Angeles to appear in person for the hearing.

3. My client TJU is a fledgling union with extremely modest funds.

4. TJU needs those meager funds to fight a David v. Goliath battle in both organizing Trader Joe's employees, and then securing contracts with the Employer.

5. As detailed in the Motion to Dismiss, the National Labor Relations Board has issued multiple unfair labor practices complaints against Plaintiff Trader Joe's Company for its behavior against the Union. There can be no doubt that TJU needs its funds for the many battles currently and ahead.

6. It would significantly impact Trader Joe's United, a fledgling union with extremely modest funds, to have to pay for the flight for me to appear.

7. In addition, by eliminating the need for travel, I will have more time to engage in my frequently pro bono work for working people and newly organizing workers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 1, 2023, in New York, New York.

Dated: November 1, 2023

/s/ *Retu Singla*
By: Retu Singla
*Attorney for Defendant*
JULIEN MIRER SINGLA & GOLDSTEIN PLLC
1 Whitehall Street, 16th Floor,
New York, NY 10004
(212) 231-2235
rsingla@workingpeopleslaw.com

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Singla Declaration ISO Defendant Trader Joe's United's Application to Appear Remotely – 2