| | |
|---|---|
| SONYA Z. MEHTA, SBN 294411<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Tel: 510-839-1200<br>Fax: 510-444-6698<br>sonyamehta@siegelyee.com<br><br>DAT HOANG PHAN, SBN 316813<br>HENNIG, KRAMER, RUIZ AND SINGH, LLP<br>3600 Wilshire Boulevard<br>Suite 1908<br>Los Angeles, CA 90010<br>Tel: 213-310-8301<br>Fax: 213-310-8302<br>dat@employmentattorneyla.com | RETU R. SINGLA, SBN 4162822<br>Tel: 646-228-4719<br>rsingla@workingpeopleslaw.com<br>SETH L. GOLDSTEIN, SBN 2160182<br>Tel: 646-460-1309<br>Fax: 251-319-2955<br>sgoldstein@workingpeopleslaw.com<br>JULIEN MIRER SINGLA AND<br>GOLDSTEIN PLLC<br>One Whitehall Street, 16th Floor<br>New York, NY 10004<br>ADMITTED PRO HAC VICE<br><br>Attorneys for Defendant<br>TRADER JOE'S UNITED |

LINK 39

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>　　　　　Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT TRADER JOE'S UNITED'S APPLICATION TO APPEAR REMOTELY**<br><br>Filed Concurrently with Application to Appear Remotely and Declaration of Retu Singla<br><br>Hon. Hernán D. Vera<br>Date: November 9, 2023<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
[Proposed] Order Granting Defendant Trader Joe's United's Application to Appear Remotely – 1

**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO APPEAR REMOTELY**

After reviewing Defendant's application and declaration in support of its application for counsel Retu Single to appear remotely, it is hereby ordered:

Defendant's Application to Appear Remotely is GRANTED.

IT IS SO ORDERED.

Dated: 11/03/23   By: _____

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE