UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:23–cv–05664–HDV–MAR            Date    11/9/2023

Title   TRADER JOES COMPANY V. TRADER JOES UNITED

Present:   The Honorable   Hernan D. Vera , U. S. District Judge

|  Wendy Melgar  | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David Eberhart | Retu Singla (Zoom) |
|  | Sonya Mehta (Zoom) |

**Proceedings:   TRADER JOES MOTION TO DISMISS PLAINTIFFS COMPLAINT PURSUANT TO FRCP RULE 12(B)(6) [20]**

    Having heard oral argument on the Motion, the Court takes the Motion under submission.

 :44

Initials of Preparer:  wm