SONYA Z. MEHTA, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Tel: 510-839-1200
Fax: 510-444-6698
sonyamehta@siegelyee.com

DAT HOANG PHAN, SBN 316813
HENNIG, KRAMER, RUIZ AND SINGH, LLP
3600 Wilshire Boulevard
Suite 1908
Los Angeles, CA 90010
Tel: 213-310-8301
Fax: 213-310-8302
dat@employmentattorneyla.com

RETU R. SINGLA, SBN 4162822
Tel: 646-228-4719
rsingla@workingpeopleslaw.com
SETH L. GOLDSTEIN, SBN 2160182
Tel: 646-460-1309
Fax: 251-319-2955
sgoldstein@workingpeopleslaw.com
JULIEN MIRER SINGLA AND GOLDSTEIN PLLC
One Whitehall Street, 16th Floor
New York, NY 10004
ADMITTED PRO HAC VICE

Attorneys for Defendant
TRADER JOE'S UNITED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>**[PROPOSED] ORDER GRANTING TRADER JOE'S UNITED MOTION FOR ATTORNEYS' FEES**<br><br>Filed Concurrently with Notice of Motion, Motion, Declarations of Sonya Z. Mehta, Retu R. Singla, and Seth L. Goldstein<br><br>Hon. Hernán D. Vera<br>Date: February 29, 2024<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023<br>Complaint Dismissed: January 12, 2024 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
[Proposed] Order Granting Defendant's Motion for Attorneys' Fees – 1

1    After reviewing the moving, opposition, and reply papers, and after performing a
2 detailed review of the law on attorneys' fees under the Lanham Act and related claims, it
3 is hereby ordered:
4    Defendant's Motion for Attorneys' Fees, all concerning trademark infringement
5 or dilution, is GRANTED.
6    IT IS SO ORDERED.

8    Dated: _____        By: _____

9                                HON. HERNÁN D. VERA
10                               UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Sonya Z. Mehta, declare:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 475 14th Street, Suite 500, Oakland, California.

On below date, I served the following documents:

1. **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO FOR ATTORNEYS' FEES**

By email addressed to:

Andrew M. Levad, Esq.
David R. Eberhart
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor San Francisco, California 94111 Telephone:
Tel: 415-984-8700
Facsimile: 415-984-8701
deberhart@omm.com
alevad@omm.com

SCOTT W. PINK (S.B. #122383)
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: +1 650 473 2600
Facsimile: +1 650 473 2601
spink@omm.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 26, 2024, at Oakland, California.

                                            /s/ Sonya Z. Mehta
                                            Sonya Z. Mehta