**Case No. 2:23-cv-05664-HDV-MAR**
**DEFENDANT TRADER JOE'S UNITED'S MOTION FOR ATTORNEYS' FEES - TABLE #1**

**Topic in bold**

| Title | Atty | Date | Description | Hours worked | Rate |
|---|---|---|---|---|---|
| | | | **Prelitigation** | | |
| Partner | RS | 2023-06-27 | Reviewed Kathryn Cahan email sent to Jamie Edwards regarding Trademark (TM) infringement and researched similar cases and found Medieval Times | 0.5 | $1,056 |
| Partner | SG | 2023-06-27 | Reviewed Kathryn Cahan email sent to Jamie Edwards regarding Trademark infringement | 0.25 | $1,056 |
| Partner | RS | 2023-06-28 | Phone conference with Cahan re letter | 0.5 | $1,056 |
| Partner | SG | 2023-06-28 | Legal research on trademark infringement relating to Kathryn Cahan email | 1 | $1,056 |
| Partner | RS | 2023-06-28 | Draft and finalize 6.28.23 letter to Cahan re TM claims | 1.75 | $1,056 |
| Partner | RS | 2023-07-05 | Reviewed 7.5.23 TJ letter from Cahan, case law research | 0.5 | $1,056 |
| Partner | SG | 2023-07-05 | Reviewed 7.5.23 TJ letter from Cahan, case law research | 1 | $1,056 |
| Partner | RS | 2023-07-11 | Trademark law research | 3.75 | $1,056 |
| Partner | SG | 2023-07-11 | Legal research on trademark TJ's case | 2 | $1,056 |
| | | | | | |
| | | | **Motion to Dismiss** | | |
| Partner | RS | 2023-07-13 | Review Complaint and begin legal research on claims | 3.25 | $1,056 |
| Partner | SG | 2023-07-13 | Review and analyze Complaint | 1.5 | $1,056 |
| Partner | RS | 2023-07-13 | Check docket | 0.25 | $1,056 |
| Partner | SG | 2023-07-14 | Legal Research relating to July 13 Trademark infringement Complaint | 1.5 | $1,056 |

| Partner | RS | 2023-07-23 | Following up on service of complaint with client | 0.5 | $1,056 |
|---|---|---|---|---|---|
| Partner | SG | 2023-08-15 | Prep meeting for meet and confer with OC with Retu and Sonya | 0.5 | $1,056 |
| Partner | RS | 2023-08-15 | Meet and confer with opposing counsel | 0.25 | $1,056 |
| Partner | SG | 2023-08-15 | Meet and confer with Defendant's Counsel David Eberhart, Andrew Levad, Scott Pink, Sonya Mehta and Retu Singla | 0.25 | $1,056 |
| Partner | RS | 2023-08-16 | Draft motion to dismiss | 5 | $1,056 |
| Partner | RS | 2023-08-17 | Draft motion to dismiss | 4 | $1,056 |
| Partner | SM | 2023-08-17 | Review rules for filing MTD, legal research, edit motion, cite checking | 4 | $777 |
| Partner | SG | 2023-08-17 | Assist in Drafting Motion to Dismiss in Trademark case. | 3 | $1,056 |
| Partner | RS | 2023-08-18 | Draft motion to dismiss | 4 | $1,056 |
| Partner | SG | 2023-08-18 | Legal research and draft Motion to Dismiss for trademark case. | 2.5 | $1,056 |
| Partner | SM | 2023-08-19 | Edits to motion, additional research, RJN, proposed order, filing | 6 | $777 |
| Partner | SM | 2023-08-19 | Final proofing and cite checks to motion | 2 | $777 |
| Partner | SG | 2023-09-05 | Review OC letter citing case law, research case law | 0.8 | $1,056 |
| Partner | SG | 2023-09-28 | Discussion with Sonya on Medieval Times decision | 0.4 | $1,056 |
| Partner | SG | 2023-10-04 | Drafted and filed ULP charge against Trader Joe's for retaliatory civil lawsuit against the union. | 0.5 | $1,056 |
| Partner | SG | 2023-10-19 | Legal research to respond to Trader Joe's Trademark lawsuit | 2 | $1,056 |
| Partner | SG | 2023-10-23 | Draft TJU Response to TJ Opposition to Motion to Dismiss (Trademark | 5 | $1,056 |
| Partner | RS | 2023-10-24 | Draft Reply to OMTD | 6 | $1,056 |
| Partner | SM | 2023-10-25 | Review Reply to OMTD* date correction from declaration filing 46-3, Exh. | 0.5 | $777 |

| Partner | RS | 2023-11-03 | Review case law and prepare for oral argument with seth | 1 | $1,056 |
|---|---|---|---|---|---|
| Partner | SG | 2023-11-03 | Review case law and assist Retu Singla to prepare for Trademark court hearing on Motion to Dismiss | 1 | $1,056 |
| Partner | RS | 2023-11-09 | Oral argument prep | 1 | $1,056 |
| Partner | RS | 2023-11-10 | Oral argument | 0.75 | $1,056 |
| Partner | SM | 2023-11-09 | Hearing and follow up | 1 | $777 |
| Partner | SG | 2023-11-09 | Oral argument on MTD | 0.75 | $1,056 |
| | | | | | |
| | | | **Communicate with clients** | | |
| Partner | SG | 2023-06-28 | Phone conference with National Officers to discuss response to Kathryn Cahan infringement letter. | 0.5 | $1,056 |
| Partner | RS | 2023-07-05 | Met with national Officers to discuss TJ letter and Union response | 0.25 | $1,056 |
| Partner | SG | 2023-07-05 | Met with national Officers to discuss TJ letter and Union response | 0.25 | $1,056 |
| Partner | RS | 2023-07-06 | Met with national Officers to discuss TJ letter and Union response | 1 | $1,056 |
| Partner | SG | 2023-07-06 | Met with national Officers to discuss TJ letter and Union response | 1 | $1,056 |
| Partner | RS | 2023-07-26 | Zoom conference with National officers to discus status of the case. | 1 | $1,056 |
| Partner | SG | 2023-07-26 | Zoom conference with National officers to discus status of the case. | 1 | $1,056 |
| Partner | RS | 2023-07-28 | Phone call with Seth and client to discuss Trademark case. | 1.5 | $1,056 |
| Partner | SG | 203-07-28 | Phone call with client to discuss Trademark case strategy. | 1.5 | $1,056 |
| Partner | RS | 2023-08-15 | Report meet and confer to client | 0.25 | $1,056 |
| Partner | SG | 2023-08-15 | Discuss with client about the results of the meet and confer with defendant's attorneys in Trademark case | 0.25 | $1,056 |
| Partner | RS | 2023-08-21 | Discuss MTD with client | 0.75 | $1,056 |
| Partner | SG | 2023-08-21 | Discuss TM case status with TJU | 0.75 | $1,056 |
| Partner | RS | 2023-09-28 | Discussion with Seth and Client on Medieval Times | 0.5 | $1,056 |
| Partner | SG | 2023-09-28 | Discussion with Retu and Client on Medieval Times | 0.5 | $1,056 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | **26(f) conference** | | |
| Partner | RS | 2023-08-29 | Discussion about 26f conference with Sonya, checked docket, responded to OMM request for conference | 0.75 | $1,056 |
| Partner | RS | 2023-08-31 | Review and analyze letter from Andrew Levad requesting 26(f) conference | 0.25 | $1,056 |
| Partner | RS | 2023-09-01 | Discussion about 26f conference with Sonya, checked docket, responded to OMM request for conference | 0.5 | $1,056 |
| Partner | RS | 2023-09-11 | Email to Andrew Levad 3rd request for 26(f) discovery | 0.5 | $1,056 |
| Partner | RS | 2023-10-02 | Review OMM email for 4th discovery request | 0.25 | $1,056 |
| Partner | SG | 2023-10-02 | Review email Eberhart letter for discovery | 0.25 | $1,056 |
| Partner | SG | 2023-10-04 | Drafted letter to David Eberhart, Esq. regarding discovery schedule | 1 | $1,056 |
| | | | | | |
| | | | **SM Initial familiarization with case** | | |
| Partner | SM | 2023-07-20 | Call with Retu to learn about and sign on to case | 0.5 | $777 |
| Partner | SM | 2023-08-14 | TJU meeting with Retu to discuss next steps in case | 0.25 | $777 |
| Partner | SM | 2023-08-14 | Review complaint and file | 2 | $777 |
| Partner | SM | 2023-08-22 | Complete and file notice of interested parties | 0.25 | $777 |
| Partner | SM | 2023-08-22 | Review chambers copies rules | 0.25 | $777 |
| | | | | | |
| | | | **Pro hac vice (PHV)** | | |
| Partner | RS | 2023-08-07 | Pro Hac Vice application for California District Court | 1.3 | $1,056 |
| Partner | SG | 2023-08-07 | Drafted and filed application with California District Court to appear Pro Hac Vice in Trademark case | 1.5 | $1,056 |
| Partner | SM | 2023-08-21 | Fill out and submit reimburse form for PHV | 0.25 | $777 |
| Partner | SM | 2023-08-22 | PHV reimburse follow up | 0.25 | $777 |
| Partner | SM | 2023-08-29 | Review and finalize PHV documents | 1 | $777 |
| | | | | | |
| | | | **Legal research to obtain fees** | | |
| Partner | SM | 2023-08-29 | Antislapp legal research | 1 | $777 |

4

| Partner | SM | 2023-09-12 | AntiSLAPP legal research | 1.5 | $777 |
|---|---|---|---|---|---|
| Partner | SG | 2023-11-13 | Legal research on California Slap law | 2 | $1,056 |
| Partner | SM | 2023-10-27 | Rule 11 research | 0.75 | $777 |
| Partner | SM | 2024-01-04 | Rule 11 research - timing | 0.5 | $777 |
| Partner | SM | 2024-01-16 | Discussion of order and follow up tasks - attys fees options, Rule 11 | 0.5 | $777 |
| Partner | SM | 2024-01-17 | Attys fees and rule 11 research - timing of filing | 1.5 | $777 |
| Partner | SM | 2024-01-18 | 1927 sanctions | 0.25 | $777 |
| | | | | | |
| | | | **Rule 11 safe harbor notice** | | |
| Partner | RS | 2023-10-04 | Letter to OMM on rule 11, 26f, and medieval times decision | 2.25 | $1,056 |
| Partner | RS | 2023-11-11 | Draft Rule 11 notice and motion | 1 | $1,056 |
| Partner | RS | 2023-11-17 | Draft Rule 11 notice and motion | 2 | $1,056 |
| Partner | RS | 2023-12-19 | Draft Rule 11 notice and motion | 2 | $1,056 |
| Partner | RS | 2024-01-03 | Draft Rule 11 notice and motion | 3.5 | $1,056 |
| Partner | RS | 2024-01-04 | Discuss with Sonya and Seth Safe harbor letter and Rule 11 Motion | 0.5 | $1,056 |
| Partner | SG | 2023-11-11 | Drafted and sent email to David Eberhart requesting a Section 7-3 meeting to discuss Rule 11 sanctions in Trademark case. | 0.25 | $1,056 |
| Partner | SG | 2023-11-14 | Meeting with David Eberhart Counsel for Trader Joe's to discuss Rule 11 | 0.1 | $1,056 |
| Partner | SG | 2023-11-14 | research Rule 11 sanctions for Trader Joe's trademark case | 1.5 | $1,056 |
| Partner | SG | 2023-12-01 | Research Rule 11 sactions | 1.5 | $1,056 |
| Partner | SG | 2023-12-11 | Drafted Trader Joe's Rule 11 Sanctions Motion | 1.5 | $1,056 |
| Partner | SG | 2023-01-04 | Discuss with Sonya Mehta Defendant's Safe harbor letter and Rule 11 | 0.5 | $1,056 |
| Partner | SG | 2024-01-04 | Email Safe harbor letter and draft Rule 11 Sanction Motion to David | 0.1 | $1,056 |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | **Notice of Supplemental Authority** | | |
| Partner | SM | 2023-10-05 | Review Medieval Times and draft Notice of supplemental authority | 2.75 | $777 |
| | | | | | |
| | | | **Remote request to appear** | | |
| Partner | RS | 2023-11-01 | Phone call with SM re remote request | 0.12 | $1,056 |
| Partner | SG | 2023-11-01 | Phone call with SM re remote request | 0.12 | $1,056 |
| Partner | SM | 2023-11-01 | Draft remote request and declaration ISO request | 1 | $777 |
| | | | | | |
| | | | **Motion for attorneys fees (AF)** | | |
| Partner | SM | 2024-01-22 | Motion for attorneys fees (AF) research | 2.5 | $777 |
| Partner | SM | 2024-01-22 | Motion for AF - Laffey and rates research | 0.5 | $777 |
| Partner | SG | 2024-01-22 | Draft dec for AF motion | 3 | $1,056 |
| Partner | SM | 2024-01-23 | Review Seth's dec | 0.25 | $777 |
| Partner | RS | 2024-01-23 | Motion for AF request to meet and confer | 0.6 | $1,056 |
| Partner | RS | 2024-01-23 | Draft declaration for AF | 5 | $1,056 |
| Partner | SM | 2024-01-25 | Draft Motion for AF | 5 | $777 |
| Partner | SM | 2024-01-25 | Review and integrate Singla dec into motion | 0.25 | $777 |
| Partner | SM | 2024-01-25 | Review and integrate Goldstein dec into motion | 0.5 | $777 |
| Partner | SM | 2024-01-25 | Relief sought hours worked review | 0.25 | $777 |
| Partner | SM | 2024-01-25 | Continue to integrate decs into motion | 0.25 | $777 |
| Partner | SM | 2024-01-25 | Draft argument | 3 | $777 |
| Partner | SM | 2024-01-26 | Edit motion, check cites | 2 | $777 |
| Partner | SM | 2024-01-26 | Call with Retu re dec and edits | 0.25 | $777 |
| Partner | SM | 2024-01-26 | Final dec review and integration, proposed order | 1.25 | $777 |
| Partner | SM | Future | Estimate for reply brief and hearing | 12 | $777 |