Case No. 2:23-cv-05664-HDV-MAR
DEFENDANT TRADER JOE'S UNITED'S MOTION FOR ATTORNEYS' FEES - TABLE #2

## Time Entries
**Julien Mirer Singla & Goldstein, PLLC**

Staff Member = Seth Goldstein (Active Only)
Group By Staff Member Group
Client - Case = TJU Trademark (Active Only)
Activity Code = All

| Date | Status | Approval | BillableType | Activity | Staff Member | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| *Trader Joes United* | | | | | | | | | | |
| *TJU Trademark* | | | | | | | | | | |
| 06-27-2023 | Billed | | Billable | | Goldstein, Seth | | | 0.250 | 1,057.00 | 264.25 |
| | | | | Reviewed Kathryn Cahan email sent to Jamie Edwards regarding Trademark infringement | | | | | | |
| 06-28-2023 | Billed | | Billable | | Goldstein, Seth | | | 1.000 | 1,057.00 | 1,057.00 |
| | | | | legal research on trademark infringement relating to Kathryn Cahan email | | | | | | |
| 06-28-2023 | Billed | | Billable | | Goldstein, Seth | | | 0.500 | 1,057.00 | 528.50 |
| | | | | Phone conference with National Officers to discuss response to Kathryn Cahan infringement letter. | | | | | | |
| 07-05-2023 | Billed | | Billable | | Goldstein, Seth | | | 0.250 | 1,057.00 | 264.25 |
| | | | | Met with national Officers to discuss TJ July 5 letter and TJU response. | | | | | | |
| 07-05-2023 | Billed | | Billable | | Goldstein, Seth | | | 1.000 | 1,057.00 | 1,057.00 |
| | | | | Reviewed and analyzed case law cited in TJ July 5, 2023 General Counsel letter | | | | | | |
| 07-06-2023 | Billed | | Billable | | Goldstein, Seth | | | 1.000 | 1,057.00 | 1,057.00 |
| | | | | Meeting with National Officers to discuss responding to TJ Trademark letter | | | | | | |
| 07-11-2023 | Billed | | Billable | | Goldstein, Seth | | | 2.000 | 1,057.00 | 2,114.00 |
| | | | | Legal research on Trademark Trader Joe's case | | | | | | |
| 07-13-2023 | Billed | | Billable | | Goldstein, Seth | | | 1.500 | 1,057.00 | 1,585.50 |
| | | | | Review and analyze Trader Joe's Complaint | | | | | | |
| 07-14-2023 | Billed | | Billable | | Goldstein, Seth | | | 1.500 | 1,057.00 | 1,585.50 |
| | | | | Legal Research relating to July 13 Trademark infringement Complaint | | | | | | |
| 07-26-2023 | Billed | | Billable | | Goldstein, Seth | | | 1.000 | 1,057.00 | 1,057.00 |
| | | | | Zoom conference with National officers to discus status of the case. | | | | | | |
| 07-28-2023 | Billed | | Billable | | Goldstein, Seth | | | 1.500 | 1,057.00 | 1,585.50 |
| | | | | Phone call with client to discuss Trademark case strategy. | | | | | | |
| 08-07-2023 | Billed | | Billable | | Goldstein, Seth | | | 1.500 | 1,057.00 | 1,585.50 |
| | | | | Drafted and filed application with California District Court to appear Pro Hac Vice in Trademark case | | | | | | |
| 08-15-2023 | Billed | | Billable | | Goldstein, Seth | | | 0.500 | 1,057.00 | 528.50 |
| | | | | Prep meeting for meet and confer with Seth and Sonya | | | | | | |
| 08-15-2023 | Billed | | Billable | | Goldstein, Seth | | | 0.250 | 1,057.00 | 264.25 |
| | | | | Meet and confer with Defendant's Counsel David Eberhart, Andrew Levad, Scott Pink, Sonya Mehta and Retu Singla | | | | | | |
| 08-15-2023 | Billed | | Billable | | Goldstein, Seth | | | 0.500 | 1,057.00 | 528.50 |
| | | | | Prepare for meet and confer | | | | | | |
| 08-15-2023 | Billed | | Billable | | Goldstein, Seth | | | 0.250 | 1,057.00 | 264.25 |
| | | | | Discuss with client about the results of the meet and confer with defendant's attorneys in Trademark case | | | | | | |
| 08-17-2023 | Billed | | Billable | | Goldstein, Seth | | | 3.000 | 1,057.00 | 3,171.00 |
| | | | | Assist in Drafting Motion to Dismiss in Trademark case. | | | | | | |
| 08-18-2023 | Billed | | Billable | | Goldstein, Seth | | | 2.500 | 1,057.00 | 2,642.50 |
| | | | | Legal research and draft Motion to Dismiss for trademark case. | | | | | | |
| 08-21-2023 | Billed | | Billable | | Goldstein, Seth | | | 0.750 | 1,057.00 | 792.75 |
| | | | | Discuss Trademark case status with TJU | | | | | | |
| 08-31-2023 | Billed | | Billable | | Goldstein, Seth | | | 0.250 | 1,057.00 | 264.25 |

| Date | Status | Type | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Review and analyze letter from Andrew Levad requesting a 26(f) conference in Trademark case. | | | | |
| 09-05-2023 | Billed | Billable | Goldstein, Seth | 0.800 | 1,057.00 | 845.60 |
| | | Review email Andrew Levad from O'Melveny and research case law cited in the letter | | | | |
| 09-28-2023 | Billed | Billable | Goldstein, Seth | 0.500 | 1,057.00 | 528.50 |
| | | discussion with client and seth on medieval times decision | | | | |
| 09-28-2023 | Billed | Billable | Goldstein, Seth | 0.400 | 1,057.00 | 422.80 |
| | | discussion with sonya on medieval times decision | | | | |
| 10-02-2023 | Billed | Billable | Goldstein, Seth | 0.250 | 1,057.00 | 264.25 |
| | | Review email Eberhart letter for discovery | | | | |
| 10-04-2023 | Billed | Billable | Goldstein, Seth | 1.000 | 1,057.00 | 1,057.00 |
| | | Drafted letter to David Eberhart, Esq. regarding discovery schedule | | | | |
| 10-04-2023 | Billed | Billable | Goldstein, Seth | 0.500 | 1,057.00 | 528.50 |
| | | Drafted in file a ULP charge against Trader Joe's for retaliatory civil lawsuit against the union. | | | | |
| 10-19-2023 | Billed | Billable | Goldstein, Seth | 2.000 | 1,057.00 | 2,114.00 |
| | | legal research to respond to Trader Joe's Trademark lawsuit | | | | |
| 10-23-2023 | Billed | Billable | Goldstein, Seth | 5.000 | 1,057.00 | 5,285.00 |
| | | Draft TJU Response to TJ Opposition to Motion to Dismiss (Trademark case) | | | | |
| 11-01-2023 | Billed | Billable | Goldstein, Seth | 0.120 | 1,057.00 | 126.84 |
| | | Phone call with Sonya Mehta regarding motion for Retu Singla to appear remotely for motion to dismiss on Trademark case. | | | | |
| 11-03-2023 | Billed | Billable | Goldstein, Seth | 1.000 | 1,057.00 | 1,057.00 |
| | | Review case law and assist Retu Singla to prepare for Trademark court hearing on Motion to Dismiss | | | | |
| 11-09-2023 | Billed | Billable | Goldstein, Seth | 0.750 | 1,057.00 | 792.75 |
| | | oral argument on MTD | | | | |
| 11-11-2023 | Billed | Billable | Goldstein, Seth | 0.250 | 1,057.00 | 264.25 |
| | | Drafted and sent email to David Eberhart requesting a Section 7-3 meeting to discuss Rule 11 sanctions in Trademark case. | | | | |
| 11-13-2023 | Billed | Billable | Goldstein, Seth | 2.000 | 1,057.00 | 2,114.00 |
| | | Legal Research on California Slap Law | | | | |
| 11-14-2023 | Billed | Billable | Goldstein, Seth | 0.100 | 1,057.00 | 105.70 |
| | | Meeting with David Eberhart Counsel for Trader Joe's to discuss Rule 11 sanctions | | | | |
| 11-27-2023 | Billed | Billable | Goldstein, Seth | 1.500 | 1,057.00 | 1,585.50 |
| | | research Rule 11 sanctions for Trader Joe's trademark case | | | | |
| 12-01-2023 | Billed | Billable | Goldstein, Seth | 1.500 | 1,057.00 | 1,585.50 |
| | | Research Rule 11 Sanction Motion | | | | |
| 12-11-2023 | Billed | Billable | Goldstein, Seth | 1.500 | 1,057.00 | 1,585.50 |
| | | Drafted Trader Joe's Rule 11 Sanctions Motion | | | | |
| 01-04-2024 | Billed | Billable | Goldstein, Seth | 0.500 | 1,057.00 | 528.50 |
| | | Discuss with Sonya Mehta Defendant's Safe harbor letter and Rule 11 Motion | | | | |
| 01-04-2024 | Billed | Billable | Goldstein, Seth | 0.100 | 1,057.00 | 105.70 |
| | | Email Safe harbor letter and draft Rule 11 Sanction Motion to David Eberhart | | | | |
| 01-22-2024 | Billed | Billable | Goldstein, Seth | 3.000 | 250.00 | 750.00 |
| | | Drafted Declaration for attorney fees | | | | |

|  |  |  |
|---|---|---|
| **Case Total** | 43.770 | 43,843.89 |
| **Client Total** | 43.770 | 43,843.89 |
| **Grand Total** | 43.770 | 43,843.89 |

Staff Member = Retu Singla (Active Only)
Group By Staff Member Group
Client - Case = TJU Trademark (Active Only)
Activity Code = All
View = Original
From 12-27-2022 To 01-26-2024

# Time Entries

**Julien Mirer Singla & G**

| Date | Status | Approval | Billable | Activity | Staff Member | St St | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| *Trader Joes United* | | | | | | | | | |
| **TJU Trademark** | | | | | | | | | |
| 06-27-2023 | Billed | | Billable | | Singla, Retu | | 0.500 | 1,057.00 | 528.50 |
| Reviewed Kathryn Cahan email sent to Jamie Edwards regarding Trademark infringement and researched similar cases and found | | | | | | | | | |
| 06-28-2023 | Billed | | Billable | | Singla, Retu | | 0.500 | 1,057.00 | 528.50 |
| Phone conference with National Officers to discuss response to Kathryn Cahan infringement letter. | | | | | | | | | |
| 06-28-2023 | Billed | | Billable | | Singla, Retu | | 1.750 | 1,057.00 | 1,849.75 |
| Drafting and finalizing June 28, 2023 TJU letter to Kathryn Cahan regarding trademark infringement threat | | | | | | | | | |
| 07-05-2023 | Billed | | Billable | | Singla, Retu | | 0.250 | 1,057.00 | 264.25 |
| Met with national Officers to discuss TJ July 5 letter and TJU response. | | | | | | | | | |
| 07-05-2023 | Billed | | Billable | | Singla, Retu | | 0.500 | 1,057.00 | 528.50 |
| Reviewed TJ Letter from Kathryn Cahan, General Counsel including case law research | | | | | | | | | |
| 07-06-2023 | Billed | | Billable | | Singla, Retu | | 1.000 | 1,057.00 | 1,057.00 |
| Meeting with National Officers to discuss responding to TJ Trademark letter | | | | | | | | | |
| 07-11-2023 | Billed | | Billable | | Singla, Retu | | 3.750 | 1,057.00 | 3,963.75 |
| Trademark research | | | | | | | | | |
| 07-13-2023 | Billed | | Billable | | Singla, Retu | | 3.250 | 1,057.00 | 3,435.25 |
| Review Complaint and begin legal research on claims | | | | | | | | | |
| 07-13-2023 | Billed | | Billable | | Singla, Retu | | 0.250 | 1,057.00 | 264.25 |
| check docket | | | | | | | | | |
| 07-26-2023 | Billed | | Billable | | Singla, Retu | | 1.000 | 1,057.00 | 1,057.00 |
| Zoom conference with National officers to discus status of the case. | | | | | | | | | |
| 07-27-2023 | Billed | | Billable | | Singla, Retu | | 0.500 | 1,057.00 | 528.50 |
| following up on service of complaint with client | | | | | | | | | |
| 07-28-2023 | Billed | | Billable | | Singla, Retu | | 1.500 | 1,057.00 | 1,585.50 |
| Phone call with Seth and client to discuss Trademark case. | | | | | | | | | |

| Date | Status | Type | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07-29-2023 | Billed | Billable | Singla, Retu | 0.500 | 1,057.00 | 528.50 |
| | following up on service of complaint with client | | | | | |
| 08-07-2023 | Billed | Billable | Singla, Retu | 1.300 | 1,057.00 | 1,374.10 |
| | Pro Hac Vice application for California District Court | | | | | |
| 08-15-2023 | Billed | Billable | Singla, Retu | 0.250 | 1,057.00 | 264.25 |
| | Meet and confer with Defendant's Counsel David Eberhart, Andrew Levad, Scott Pink, Sonya Mehta and Retu Singla | | | | | |
| 08-15-2023 | Billed | Billable | Singla, Retu | 0.250 | 1,057.00 | 264.25 |
| | Inform client about meet and confer | | | | | |
| 08-16-2023 | Billed | Billable | Singla, Retu | 5.000 | 1,057.00 | 5,285.00 |
| | Drafting Motion to Dismiss | | | | | |
| 08-17-2023 | Billed | Billable | Singla, Retu | 4.000 | 1,057.00 | 4,228.00 |
| | Drafting Motion to Dismiss. | | | | | |
| 08-18-2023 | Billed | Billable | Singla, Retu | 4.000 | 1,057.00 | 4,228.00 |
| | Final Draft Motion to Dismiss | | | | | |
| 08-21-2023 | Billed | Billable | Singla, Retu | 0.750 | 1,057.00 | 792.75 |
| | Discuss MTD with Client | | | | | |
| 08-29-2023 | Billed | Billable | Singla, Retu | 0.750 | 1,057.00 | 792.75 |
| | Discussion about 26f conference with Sonya, checked docket, responded to OMM request for conference | | | | | |
| 09-01-2023 | Billed | Billable | Singla, Retu | 0.500 | 1,057.00 | 528.50 |
| | Discussion about 26f conference with Sonya, responded to OMM 2nd request for discovery | | | | | |
| 09-11-2023 | Billed | Billable | Singla, Retu | 0.500 | 1,057.00 | 528.50 |
| | email to Andrew Levad 3rd request for 26(f) discovery | | | | | |
| 09-28-2023 | Billed | Billable | Singla, Retu | 0.500 | 1,057.00 | 528.50 |
| | discussion with client and seth on medieval times decision | | | | | |
| 09-28-2023 | Billed | Billable | Singla, Retu | 0.400 | 1,057.00 | 422.80 |
| | discussion with sonya on medieval times decision | | | | | |
| 10-02-2023 | Billed | Billable | Singla, Retu | 0.250 | 1,057.00 | 264.25 |
| | Review OMM email for 4th discovery request | | | | | |
| 10-04-2023 | Billed | Billable | Singla, Retu | 2.250 | 1,057.00 | 2,378.25 |
| | Letter to OMM on rule 11, 26f, and medieval times decision | | | | | |
| 10-24-2023 | Billed | Billable | Singla, Retu | 6.000 | 1,057.00 | 6,342.00 |
| | Draft TJU Response to TJ Opposition to Motion to Dismiss | | | | | |
| 11-01-2023 | Billed | Billable | Singla, Retu | 0.120 | 1,057.00 | 126.84 |
| | Phone call with Sonya Mehta regarding motion for remote appearance for motion to dismiss | | | | | |
| 11-03-2023 | Billed | Billable | Singla, Retu | 1.000 | 1,057.00 | 1,057.00 |
| | Review case law and prepare for oral argument with seth | | | | | |
| 11-09-2023 | Billed | Billable | Singla, Retu | 0.750 | 1,057.00 | 792.75 |

| Date | Status | | Type | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | oral argument on MTD | | | | | | |
| 11-09-2023 | Billed | | Billable | Singla, Retu | 1.000 | 1,057.00 | 1,057.00 |
| | oral argument on MTD prep | | | | | | |
| 11-11-2023 | Billed | | Billable | Singla, Retu | 1.000 | 1,057.00 | 1,057.00 |
| | Began Drafting Rule 11 motion to attach to safe harbor letter | | | | | | |
| 11-17-2023 | Billed | | Billable | Singla, Retu | 2.000 | 1,057.00 | 2,114.00 |
| | Drafting Rule 11 motion to attach to safe harbor letter | | | | | | |
| 12-19-2023 | Billed | | Billable | Singla, Retu | 2.000 | 1,057.00 | 2,114.00 |
| | Drafting Rule 11 motion to attach to safe harbor letter | | | | | | |
| 01-03-2024 | Billed | | Billable | Singla, Retu | 3.500 | 1,057.00 | 3,699.50 |
| | Final draft for Rule 11 Safe Harbor letter with Motion | | | | | | |
| 01-04-2024 | Billed | | Billable | Singla, Retu | 0.500 | 1,057.00 | 528.50 |
| | Discuss with Sonya and Seth Safe harbor letter and Rule 11 Motion | | | | | | |
| 01-23-2024 | Billed | | Billable | Singla, Retu | 0.600 | 1,057.00 | 634.20 |
| | Drafting second attorneys fees meet and confer request and scheduling communications with OMM and Seth and Sonya | | | | | | |
| 01-23-2024 | Billed | | Billable | Singla, Retu | 5.000 | 1,057.00 | 5,285.00 |
| | Draft Declaration for Attorney Fees (Trademark case) | | | | | | |
| | | | | **Case Total** | **59.420** | | **62,806.94** |
| | | | | **Client Total** | **59.420** | | **62,806.94** |
| | | | | **Grand Total** | **59.420** | | **62,806.94** |

01-26-2024 14:30:21    **Page 1 of 1**

Sonya Mehta
Table 2
Attorneys' Hours for Case No. 2:23-cv-05664-HDV-MAR

| Atty | Title | Date | Description | Duration | Rate |
|---|---|---|---|---|---|
| SM | Partner | 2023-07-20 | Call with Retu to learn about and sign on to case | 0.5 | $777 |
| SM | Partner | 2023-08-14 | TJU meeting with Retu to discuss next steps in | 0.25 | $777 |
| SM | Partner | 2023-08-14 | Review complaint and file | 2 | $777 |
| SM | Partner | 2023-08-22 | Complete and file notice of interested parties | 0.25 | $777 |
| SM | Partner | 2023-08-22 | Review chambers copies rules | 0.25 | $777 |
| SM | Partner | 2023-08-17 | Review rules for filing MTD, legal research, editing, cite checking | 4 | $777 |
| SM | Partner | 2023-08-19 | Edits to motion, additional research, RJN, proposed order, filing | 6 | $777 |
| SM | Partner | 2023-08-19 | Final proofing and cite checks to motion | 2 | $777 |
| SM | Partner | 2023-10-25 | Review Reply to OMTD* date correction from declaration filing 46-3, Exh. 3 | 0.5 | $777 |
| SM | Partner | 2023-11-09 | Hearing and follow up | 1 | $777 |
| SM | Partner | 2023-08-21 | Fill out and submit reimburse form for PHV | 0.25 | $777 |
| SM | Partner | 2023-08-22 | PHV reimburse follow up | 0.25 | $777 |
| SM | Partner | 2023-08-29 | Antislapp legal research | 1 | $777 |
| SM | Partner | 2023-08-29 | Review and finalize PHV documents | 1 | $777 |
| SM | Partner | 2023-09-12 | AntiSLAPP legal research | 1.5 | $777 |
| SM | Partner | 2023-10-27 | Rule 11 research | 0.75 | $777 |
| SM | Partner | 2024-01-04 | Rule 11 research - timing | 0.5 | $777 |
| SM | Partner | 2024-01-16 | Discussion of order and follow up tasks - attys fees options, Rule 11 | 0.5 | $777 |
| SM | Partner | 2024-01-17 | Attys fees and rule 11 research - timing of filing | 1.5 | $777 |
| SM | Partner | 2024-01-18 | 1927 sanctions | 0.25 | $777 |
| SM | Partner | 2023-10-05 | Review Medieval Times and draft Notice of supplemental authority | 2.75 | $777 |
| SM | Partner | 2023-11-01 | Draft remote request and declaration ISO | 1 | $777 |
| SM | Partner | 2024-01-22 | Motion for attorneys fees (AF) research | 2.5 | $777 |
| SM | Partner | 2024-01-22 | Motion for AF - Laffey and rates research | 0.5 | $777 |
| SM | Partner | 2024-01-23 | Review Seth's dec | 0.25 | $777 |
| SM | Partner | 2024-01-25 | Draft Motion for AF | 5 | $777 |
| SM | Partner | 2024-01-25 | Review and integrate Singla dec into motion | 0.25 | $777 |
| SM | Partner | 2024-01-25 | Review and integrate Goldstein dec into motion | 0.5 | $777 |
| SM | Partner | 2024-01-25 | Relief sought hours worked review | 0.25 | $777 |
| SM | Partner | 2024-01-25 | Continue to integrate decs into motion | 0.25 | $777 |
| SM | Partner | 2024-01-25 | Draft argument | 3 | $777 |
| SM | Partner | 2024-01-26 | Edit motion, check cites | 2 | $777 |
| SM | Partner | 2024-01-26 | Call with Retu re dec and edits | 0.25 | $777 |
| SM | Partner | 2024-01-26 | Final dec review and integration, proposed order | 1.25 | $777 |
| | | | Estimate for reply brief and hearing | 12 | $777 |
| | | | Total hours | 56 | $777 |
| | | | **Hours at $777 rate** | **$43,317.75** | |

1