| | |
|---|---|
| SONYA Z. MEHTA, SBN 294411<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Tel: 510-839-1200<br>Fax: 510-444-6698<br>sonyamehta@siegelyee.com<br><br>DAT HOANG PHAN, SBN 316813<br>HENNIG, KRAMER, RUIZ AND SINGH, LLP<br>3600 Wilshire Boulevard<br>Suite 1908<br>Los Angeles, CA 90010<br>Tel: 213-310-8301<br>Fax: 213-310-8302<br>dat@employmentattorneyla.com | RETU R. SINGLA, SBN 4162822<br>Tel: 646-228-4719<br>rsingla@workingpeopleslaw.com<br>SETH L. GOLDSTEIN, SBN 2160182<br>Tel: 646-460-1309<br>Fax: 251-319-2955<br>sgoldstein@workingpeopleslaw.com<br>JULIEN MIRER SINGLA AND GOLDSTEIN PLLC<br>One Whitehall Street, 16th Floor<br>New York, NY 10004<br>ADMITTED PRO HAC VICE<br><br>Attorneys for Defendant<br>TRADER JOE'S UNITED |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>            Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>**STIPULATION TO MOVE HEARING DATE FROM MARCH 28, 2024, TO A LATER DATE**<br><br>Hon. Hernán D. Vera<br>Date: March 28, 2024<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Stipulation to Move Hearing Date – 1

**STIPULATION TO MOVE HEARING DATE**

  Plaintiff Trader Joe's, Corporation, and Defendant Trader Joe's United respectfully request that this Court move the hearing on Defendant's attorneys' fees motion from March 28, 2024, to April 11, 2024, April 25, 2024, or any Thursday in May except May 30, 2024.

  The parties so request this because Defendant's counsel Sonya Z. Mehta, who is arguing the motion, has a preplanned vacation on March 28, 2024.

Dated: February 8, 2024    SIEGEL, YEE, BRUNNER & MEHTA

               By: ___/s/ *Sonya Z. Mehta*_____
                 Sonya Z. Mehta

               Attorneys for Defendant
               TRADER JOE'S UNITED

Dated: February 8, 2024    O'MELVENY & MYERS LLP

               By: __/s/ *David R. Eberhart*_____
               David R. Eberhart
               Two Embarcadero Center, 28th Floor
               San Francisco, California 94111-3823
               Telephone: 1-415-984-8700

               Scott W. Pink
               2765 Sand Hill Road
               Menlo Park, California 94025-7019
               Telephone:1-650-473-2600

               *Attorneys for Plaintiff*
               *Trader Joe's Company*

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Stipulation to Move Hearing Date – 2