| | |
|---|---|
| SONYA Z. MEHTA, SBN 294411<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Tel: 510-839-1200<br>Fax: 510-444-6698<br>sonyamehta@siegelyee.com<br><br>DAT HOANG PHAN, SBN 316813<br>HENNIG, KRAMER, RUIZ AND SINGH, LLP<br>3600 Wilshire Boulevard<br>Suite 1908<br>Los Angeles, CA 90010<br>Tel: 213-310-8301<br>Fax: 213-310-8302<br>dat@employmentattorneyla.com | RETU R. SINGLA, SBN 4162822<br>Tel: 646-228-4719<br>rsingla@workingpeopleslaw.com<br>SETH L. GOLDSTEIN, SBN 2160182<br>Tel: 646-460-1309<br>Fax: 251-319-2955<br>sgoldstein@workingpeopleslaw.com<br>JULIEN MIRER SINGLA AND GOLDSTEIN PLLC<br>One Whitehall Street, 16th Floor<br>New York, NY 10004<br>ADMITTED PRO HAC VICE<br><br>Attorneys for Defendant<br>TRADER JOE'S UNITED |

LINK 50

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>               Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>[~~PROPOSED~~] ORDER MOVING HEARING DATE FROM MARCH 28, 2024, TO A LATER DATE<br><br>Hon. Hernán D. Vera<br>Date: March 28, 2024<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
[Proposed] Order Granting Stipulation to Move Hearing Date – 1

# [PROPOSED] ORDER GRANTING STIPULATION TO MOVE HEARING DATE

After reviewing the parties' stipulation seeking to move the hearing date on March 28, 2024, to April 11, 2024, April 25, 2024, or any Thursday in May except May 30, 2024, this Court finds good cause to move the hearing.

The parties' stipulation is GRANTED. The hearing date shall be on the following date: __April 11, 2024 at 10am__.

IT IS SO ORDERED.

Dated: __02/09/24__           By: _____

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

Attorneys for Defendant
TRADER JOE'S UNITED

Dated: October 19, 2023         O'MELVENY & MYERS LLP

By:  */s/ David R. Eberhart*
David R. Eberhart
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: 1-415-984-8700

Scott W. Pink
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone:1-650-473-2600

*Attorneys for Plaintiff*

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
[Proposed] Order Granting Stipulation to Move Hearing Date – 2

1                                              *Trader Joe's Company*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28