# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>TRADER JOE'S UNITED,<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-05664-HDV-MAR<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Trader Joe's Company__  ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute __Jennifer L. Barry__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Latham & Watkins LLP, 12670 High Bluff Drive__
*Street Address*

__San Diego, CA 92130__                 __jennifer.barry@lw.com__
*City, State, Zip*                              *E-Mail Address*

__+1.858.523.5400__           __1.858.523.5450__           __228066__
*Telephone Number*            *Fax Number*               *State Bar Number*

as attorney of record instead of __David R. Eberhart and Scott W. Pink, O'Melveny and Myers LLP__
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____            _____
                                                     U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)         **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**