LINK 54

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>TRADER JOE'S UNITED,<br><br>Defendant(s) | CASE NUMBER<br><br>2:23-cv-05664-HDV-MAR<br><br>**(PROPOSED)** ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Trader Joe's Company                    ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute  Jennifer L. Barry                                                                         who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Latham & Watkins LLP, 12670 High Bluff Drive
*Street Address*

San Diego, CA 92130                              jennifer.barry@lw.com
*City, State, Zip*                                    *E-Mail Address*

+1.858.523.5400              1.858.523.5450              228066
*Telephone Number*            *Fax Number*                *State Bar Number*

as attorney of record instead of  David R. Eberhart and Scott W. Pink, O'Melveny and Myers LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby       ☒ GRANTED      ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  02/13/24                                           *[signature]*
                                                         U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)       (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY