UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S UNITED,<br><br>Defendant. | Case No. 2:23-cv-05664-HDV-MARx<br><br>**[PROPOSED] ORDER DENYING DEFENDANT TRADER JOE'S UNITED'S MOTION FOR ATTORNEYS' FEES [ECF NO. 46]**<br><br>Hon. Hernán D. Vera<br>Date: April 11, 2024<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023 |

## **ORDER**

Before the Court is defendant Trader Joe's Union's motion for attorneys' fees. Having reviewed and fully considered the papers submitted by the parties, the applicable law, and all files and records in this action, the Court **DENIES** the motion.

IT IS SO ORDERED on this _____ day of _____, 2024.

By: _____
Hon. Hernán D. Vera
United States District Judge