1  LATHAM & WATKINS LLP
2  Jennifer L. Barry (SBN 228066)
   *jennifer.barry@lw.com*
3  12670 High Bluff Drive
   San Diego, CA 92130
4  T: +1.858.523.5400 | F:+1.858.523.5450

5  Jessica Stebbins Bina (SBN 248485)
   *jessica.stebbinsbina@lw.com*
6  10250 Constellation Boulevard, Suite 1100
7  Los Angeles, CA 90067
   T: +1.424.653.5500 | F:+1.424.653.5501

8

9

10  Attorneys for Plaintiff
    TRADER JOE'S COMPANY

11

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14

15  TRADER JOE'S COMPANY, a California    Case No. 2:23-cv-05664-HDV-MARx
    corporation,
16                                        **DECLARATION OF JESSICA**
                    Plaintiff,            **STEBBINS BINA IN SUPPORT OF**
17                                        **PLAINTIFF TRADER JOE'S**
        v.                                **COMPANY'S OPPOSITION TO**
18                                        **DEFENDANT TRADER JOE'S**
                                          **UNITED'S MOTION FOR**
19  TRADER JOE'S UNITED,                  **ATTORNEYS' FEES**

20                  Defendant.
                                          Hon. Hernán D. Vera
21                                        Date: April 11, 2024
                                          Ctrm: 5B
22                                        Time: 10:00 a.m.

23                                        Complaint Filed: July 13, 2023

24

25

26

27

28

1    I, Jessica Stebbins Bina, declare as follows:

2    1.    I am an attorney licensed to practice law in California, a partner at

3    Latham & Watkins LLP, and counsel for plaintiff Trader Joe's Company ("Trader

4    Joe's") in this case.  I have personal knowledge of the facts set forth below, and if

5    called upon, I can and will testify competently to them.

6    2.    I am submitting this declaration in support of Trader Joe's opposition

7    to Trader Joe's United's motion for attorneys' fees.

8    3.    In addition to its core grocery products and retail services, Trader

9    Joe's creates additional branded products for use in-store and at events.  Trader

10   Joe's offers these branded products to support and strengthen its brand, as these

11   products bear the TRADER JOE'S marks and are offered and distributed in

12   connection with Trader Joe's core products and services.

13   4.    For example, Trader Joe's created branded pins in connection with the

14   2023 Rose Parade.  The pins bear the TRADER JOE'S mark and feature other

15   designs such as garden gnomes, teapots, and circus tents.  Moreover, while Trader

16   Joe's does not sell coffee mugs, it does sell coffee, tea, and cocoa, "mug hanger"

17   cookies that sit atop mugs, "mug mix" hot chocolate, and hot cocoa stirring spoons

18   emblazoned with mug designs.

19   5.    Attached as **Exhibits 1-11** are public webpages reflecting a sample of

20   these branded items that Trader Joe's creates and distributes in connection with its

21   core products and services.

22   6.    Attached as **Exhibit 12** is a true and correct copy of the website

23   located at *www.nytimes.com/2024/03/05/style/trader-joes-mini-tote.html* as of

24   March 21, 2024.

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

BINA DECL. ISO OPP. TO MOT. FOR FEES
CASE NO. 2:23-cv-05664-HDV-MARx

1

7.     Attached as **Exhibit 13** is a true and correct copy of the website located at *www.twitter.com/TraderJoesUnite/status/1672280062777864201* as of March 21, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2024 in Los Angeles, California.

*/s/ Jessica Stebbins Bina*
Jessica Stebbins Bina

# Exhibit 1

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Trader Joe's Autumn Sticker Roll 2023 Pumpkin Spice 7 Designs | Mercari |
| Capture URL: | https://www.mercari.com/us/item/m62287720606/?ref=brand_detail |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:30:12 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:30:49 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 6 |
| Capture ID: | 3V15sQk9AEdoujtRL4azHA |
| User: | lw-apasillas |

PDF REFERENCE #:     u8tJETg9Nd3qyVkAu1bpfi

**Exhibit 1**

**3**



Document title: Trader Joe&#39;s Autumn Sticker Roll 2023 Pumpkin Spice 7 Designs | Mercari
Capture URL: https://www.mercari.com/us/item/m62287720606/?ref=brand_detail
Capture timestamp (UTC): Sun, 17 Mar 2024 16:30:49 GMT

Page 1 of 5

**Exhibit 1**

**14**

# Exhibit 2



| | |
|---|---|
| Document title: | Trader Joe's Halloween Sticker Roll 2023 Ghost Witch Hat Skull Eye Cauldron \| Mercari |
| Capture URL: | https://www.mercari.com/us/item/m27804595173/?ref=brand_detail |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:29:02 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:29:52 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 6 |
| Capture ID: | iCAUaH3iMfBg1aJEaHzhPn |
| User: | lw-apasillas |

PDF REFERENCE #:      coLRgxuJnNBDejexDJWLMH

**Exhibit 2**
**5**



# Exhibit 3



| | |
|---|---|
| Document title: | Trader Joe's 2023 Rose Parade Limited Release ONWARD! Lapel Pin Collectible \| eBay |
| Capture URL: | https://www.ebay.com/itm/145563338460?itmmeta=01HS1NWM8CDFZ2GSH77XSC BQ8Q&hash=item21e44046dc:g:V0gAAOSwSWhjwVnW&itmprp=enc %3AAAQAJAAAA0IkptlZe7hW8kInsXf0Q0arImx9ejE242EK %2BNPhO31UyEuLS7E9kKaFO2AV10xFNfDfWdrKQpb9nq6aHVgzCKnOFi4XlQ %2FN%2BFcc%2FF4Wxrmzql8lTStVhvJms1F1%2BKqKRFj0aMfczPZJzXz0QB41w CMGevO3YkxN2Kq%2Fvert2fU6T2vdqO8B3iJUAHfyT4d8fVYxcJ8JcnrNZcNzm7Tb6 pTQjSeJxGGzD2LFGYFvvJJJXemOvUTriB8UB9rkOeLej5Evxdr4KssWBRBgj %2FwCLsBU%3D%7Ctkp%3ABk9SR6jE8rXIYw |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:25:45 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:27:00 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 10 |
| Capture ID: | rETiyga2xpCqWT5Td6939S |
| User: | lw-apasillas |

PDF REFERENCE #:    tUbbGZ5hNuy3fzVdG6FKeR

**Exhibit 3**

**7**



Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

ebay    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    Search    Advanced

Back to home page    Collectibles & Art    ...    Pinbacks & Lunchboxes    Pinbacks    Other Collectible Pinbacks         Share · Add to Watchlist

## People who viewed this item also viewed

 RARE Trader Joe's 2018 Rose Parade Spinner Lapel Pin...
$7.99
+ $6.90 shipping
Sponsored

 Trader Joes Rose Parade Pin 2023 ONWARD!
$3.00
+ $4.02 shipping

 Trader Joes Rose Parade Pin 2023 ONWARD!
$5.00
+ $4.19 shipping

 New Trader Joe's 2024 Rose Parade Limited Release...
$5.00
+ $5.25 shipping






⟨   ⟩   ⤢

### Trader Joe's 2023 Rose Parade Limited Release ONWARD! Lapel Pin Collectible

sierra_3645 (212)
100% positive · Seller's other items · Contact seller

**US $7.00**
or Best Offer

Condition:  New

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

Shipping:  US $4.00 Standard Shipping. See details
Located in: Williamsburg, Virginia, United States

Delivery:  Estimated between Thu, Mar 21 and Mon, Mar 25 to 98119 

Returns:  Seller does not accept returns. See details

Payments:   

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell?  Sell now

## Similar Items
Sponsored          See all          Feedback on our suggestions

 RARE Trader Joe's 2018 Rose Parade Spinner Lapel Pin...
Pre-owned
$7.99
+ $6.90 shipping
Seller with a 100% positive feedback

 Trader Joe's 2020 Rose Parade Collectible Pin
New
$24.99
+ $5.35 shipping
Seller with a 100% positive feedback

 Fancy 2018 Dole Rose Parade Pin Limited Edition. Sharing...
New
$21.88
Free shipping
Seller with a 100% positive feedback

 Kroger Holiday Food Drive You Can Help Can Hunger Santa H...
$14.40
$16.94 15% off
Free shipping
Seller with a 100% positive feedback

TR
Ro
Wa
Ne
$1
Se
po

### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

?

Document title: Trader Joe's 2023 Rose Parade Limited Release ONWARD! Lapel Pin Collectible | eBay
Capture URL: https://www.ebay.com/itm/145563338460?...
Capture timestamp (UTC): Sun, 17 Mar 2024 16:27:00 GMT

+ $6.90 shipping        + $5.55 shipping        Free shipping         $16.94 15% off         Sei
Seller with a 100%    Seller with a 100%    Seller with a 100%    Free shipping         po
positive feedback     positive feedback     positive feedback     Seller with a 100%
                                                                  positive feedback

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items

Sponsored                                      See all                          Feedback on our suggestions

    

| Vtg Law Enforcement Alliance of America LEAA Gold Tone Enamel Lapel Pin | Trader Joe's 2020 Rose Parade Collectible Pin | RARE Trader Joe's 2018 Rose Parade Spinner Lapel Pin Collectible | memento mori skull enamel lapel pin brooch tac | Kenny South Park Hunter Thompson Lapel Pin Hat Pin High Quality! | NEW Loot Walk |
|---|---|---|---|---|---|
| Pre-owned | New | Pre-owned | New (Other) | New | New |
| $10.00 | $24.99 | $7.99 | $11.99 | $11.99 | $8.4 |
| + $1.12 shipping | + $5.35 shipping | + $6.90 shipping | Free shipping | Free shipping | Free |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | 29 sold | Selle feed |

---

| About this item | Shipping, returns, and payments | | Report this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.                                           eBay item number:  145563338460

## Item specifics

Condition            New: A brand-new, unused, unopened, undamaged
                     item (including handmade items). See the seller's ...
                     Read more

## Item description from the seller

Trader Joe's Rose Parade Limited Release 2023 ONWARD! Lapel Pin Collectible

NEW

---

## About this seller



**sierra_3645**

100% Positive Feedback · 641 items sold

### Detailed seller ratings

| | | | |
|---|---|---|---|
| Accurate description | 4.9 | Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 | Communication | 4.9 |

?

# Exhibit 4

# Page Vault

| | |
|---|---|
| Document title: | ☐   2015 Trader Joe's Rose Parade Gnome On a Toadstool Float Lapel Shirt Pin \| eBay |
| Capture URL: | https://www.ebay.com/itm/394527463680?itmmeta=01HS1NWM8CKXXF0EJ3TX5Q Y0H3&hash=item5bdbab5900:g:pUwAAOSwrcpjuCcR&itmprp=enc %3AAAQAJAAAA0Dc3Ycce1yUIP1UrWnghUNsM9qATRqGPbYddmHvezX %2Fjpn1nnwSGLBNxJxZcPNMFnGt4zkD0qbUf9OqK %2Fp1uv4%2FjssMyAxJxJSZtCHde0iL%2FJwHQUP2FPKFrZXIRmJJe6RIaXJV1w2 %2FRFt66S0wXSb15WE1V2RKmWMV63M4dvpoJPXqB60hTtBkoiVohGOwBS6Y58 s%2B5Auavh48%2FHoEgwzQQvRB1wpWVj0lth97urDfjXraoDEE9Ag4pmajfREhNtN gosFlP2VSS33YYMoEC4io%3D%7Ctkp%3ABk9SR6jE8rXlYw |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:27:56 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:28:31 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 9 |
| Capture ID: | bG7CfxDPgxpuwKRmo1Fkv7 |
| User: | lw-apasillas |

**Exhibit 4**
**10**



Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

**Collectibles & Art**  ···  Pinbacks & Lunchboxes  ›  Pinbacks  ›  Other Collectible Pinbacks    Share · Add to Watchlist

‹ Back to home page

## People who viewed this item also viewed


RARE Trader Joe's 2018 Rose Parade Spinner Lapel Pin...
$7.99
+ $6.90 shipping
Sponsored


Trader Joe's 2015 Rose Parade Enamel pin w/Garden...
$15.00
Free shipping


Trader Joes Rose Parade Pin 2023 ONWARD!
$5.00
+ $4.19 shipping


🍄 2013 Elephant Teacup Float Trader Joe's Collectible...
$10.00
+ $4.00 shipping






⤢

‹    ›

Have one to sell? Sell now

### 🍄 2015 Trader Joe's Rose Parade Gnome On a Toadstool Float Lapel Shirt Pin

shawi-8291 (21)
100% positive · Seller's other items · Contact seller

**US $19.99**
or Best Offer

Condition:  --

| **Buy It Now** |
| **Add to cart** |
| **Make offer** |
| ♡ Add to watchlist |

**Shipping:**  US $5.95 Standard Shipping. See details
Located in: Celina, Ohio, United States

**Delivery:**  Estimated between **Thu, Mar 21** and **Mon, Mar 25** to 98119 ⓘ

**Returns:**  Seller does not accept returns. See details

**Payments:**  PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

_PayPal_ **CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items
Sponsored                    See all          Feedback on our suggestions


♡
RARE Trader Joe's 2018 Rose Parade Spinner Lapel Pin...
Pre-owned
$7.99
+ $6.90 shipping
Seller with a 100% positive feedback


♡
Trader Joe's 2023 Rose Parade Limited Release ONWARD!...
New
$7.00
+ $4.00 shipping
Seller with a 100% positive feedback


♡
Lucky Garden Gnome Pin Sweater Scarf Brooch Fantasy...
New
$14.95
Free shipping
Seller with a 99.9% positive feedback


♡
Gnome with Pumpkin Vintage Lapel Pin...
Pre-owned
$14.40
$16.94 15% off
Free shipping
Seller with a 100% positive feedback

?

Document title: ☐  2015 Trader Joe&#39;s Rose Parade Gnome On a Toadstool Float Lapel Shirt Pin | eBay
Capture URL: https://www.ebay.com/itm/394527463680?…
Capture timestamp (UTC): Sun, 17 Mar 2024 16:28:31 GMT

Page 1 of 8

**Exhibit 4**
**11**

Seller with a 100% positive feedback   Seller with a 100% positive feedback   Seller with a 99.9% positive feedback   Free shipping Seller with a 100% positive feedback

**eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

## Explore related items
Sponsored    <u>See all</u>               <u>Feedback on our suggestions</u>

    

| Spring Garden GNOME BROOCH Silver Lapel Pin Gardener Gardening Easter... | Coffee Lover Gift Pink Gnome Coffee Mug Silver Lapel Pin BROOCH Valentine Gift | Valentine GNOME Red Heart Roses BROOCH Silver Lapel Pin Valentines Day Gift | Trader Joe's 2020 Rose Parade Collectible Pin | RARE Trader Joe's 2018 Rose Parade Spinner Lapel Pin Collectible | WDW & Wi 25th |
|---|---|---|---|---|---|
| New | New | New | New | Pre-owned | New |
| $24.99 | $24.99 | $24.99 | $24.99 | $7.99 | $18. |
| Free shipping | Free shipping | Free shipping | + $5.35 shipping | + $6.90 shipping | $22. |
| Seller with a 99.8% positive feedback | Seller with a 99.8% positive feedback | Seller with a 99.8% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Free<br>To |

---

**About this item** | **Shipping, returns, and payments**        <u>Report this item</u>

Seller assumes all responsibility for this listing.        eBay item number: 394527463680

### Item description from the seller
🌹 Trader Joe's 2014 Rose Parade Pickle Car Float Collectible Lapel Shirt Pin.

---



### About this seller



**shawi-8291**
100% Positive Feedback · 47 items sold

📅 Joined Nov 2022

**Seller's other items**   Contact   ♡ Save seller

### Seller feedback (21)

➕ s***a (9) · Past 6 months       Verified purchase
Very quick shipping and delivery. Product came exactly as described. Great experience overall.
<u>RARE Taylor Swift Getaway Car Lithograph 1512/2500 In Canister (#395160860633)</u>

➕ 2***2 (1751) · More than a year ago       Verified purchase
Fabulous, as pictured. Arrived quickly in lovely gift box with ribbon. Good communication from seller.
<u>RARE VTG Marked Salvador Teran Sterling Silver Bangle Bracelet Dancers and Stars...</u>

➕ s***b (451) · Past year       Verified purchase
coin was better than the pictures. You couldn't tell it was still in the original package. fast shipping
<u>2022 1 oz Silver Fender Stratocaster Guitar in Surf Green (#394324126071)</u>

❓

# Exhibit 5



| | |
|---|---|
| Document title: | Trader Joe's 2020 Rose Parade Collectible Pin \| eBay |
| Capture URL: | https://www.ebay.com/itm/395098119550?itmmeta=01HS1NWM8CDKJRD94SA8JM MJPY&hash=item5bfdaedd7e:g:EwEAAOSwXD1IjyvY&itmprp=enc %3AAAQAJAAAA8JbJGF8VGmcnZgm4KPBXsXMd4REYRcEqpg %2Bm1a1vdbUrhPSDtI%2BvoOKDRXvHqFIYYeKyG0SErC8yZBQ9UMjfWFmioX47P NrW4vbFb2GTDZYOcgH3yQv5HBk5U%2B7C6gyo0Clcp84SocjFP2Fh1lsN5owoesc vdT96%2FYS6%2B1jzhIxRpDwYlbaj1ST4DLX8uAuhpdfBclkahhVyPAAHOCok %2F28fhejSXXJ%2FemufMFK7wBymMNMR0Gc%2BocSxqxG4Ptp%2FUMz6an2bP IXXny0usv6hnUcvDdWnUvmJMD4yvapuDkQJdxkkACb4ubc8F4J47HUt5g%3D%3D %7Ctkp%3ABFBMpsTytchj |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:24:28 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:25:02 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 12 |
| Capture ID: | 6wxJxyC5VgvvpH5QDW9SB2 |
| User: | lw-apasillas |



Hi! **Sign in** or **register**   Daily Deals   Brand Outlet   Gift Cards   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒

**ebay**   Shop by category ⌄   🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

**Back to home page** › Brooches & Pins   Share · Add to Watchlist

### People who viewed this item also viewed

 Rose Parade Fabric of America 2001 Pin - Officially License...
$12.00
Free shipping
Sponsored

 Pin Parade Series: Mixed Pin Collection
$9.99
+ $6.99 shipping

 gay pride pin Anna parade trans lesbian LGBTQ pronoun...
$3.99
Free shipping

 Longaberger 2004 Tournament of Roses Parade Pin...
$15.00
+ $6.15 shipping



Have one to sell? **Sell now**

### Similar Items
Sponsored   See all   Feedback on our suggestions

   

RARE Trader Joe's 2018 Rose Parade Spinner Lapel Pin...
Pre-owned
$7.99
+ $6.90 shipping
Seller with a 100% positive feedback

Trader Joe's 2023 Rose Parade Limited Release ONWARD!...
New
$7.00
+ $4.00 shipping
Seller with a 100% positive feedback

TRADER JOE'S 2022 Rose Parade Watermelon Pin
New
$18.99
+ $3.84 shipping
Seller with a 99.7% positive feedback

2019 Rose Parade The UPS Store Pin New
New
$23.74
$24.99 5% off
Free shipping

Fe...
En...
Sto...
Ne...
$2...
$2...
+ $...
Se...
po...

---

## Trader Joe's 2020 Rose Parade Collectible Pin

**i3collectiblesXAmaroids** (331)
100% positive · Seller's other items · Contact seller

**US $24.99**
or Best Offer

Condition:  **New with tags**

| **Buy It Now** |
| **Add to cart** |
| **Make offer** |
| ♡ **Add to watchlist** |

↩ Breathe easy. Returns accepted.

Pickup:   Free local pickup from Sun Valley, California, United States. See details

Shipping:   US $5.35 Standard Shipping. See details
Located in: Sun Valley, California, United States

Delivery:   Estimated between **Fri, Mar 22** and **Wed, Mar 27** to 98119 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:   
🅿️ **PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence   ?

eBay Money Back Guarantee

Special financing available. See terms and apply now

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Explore related items

Sponsored                                    Feedback on our suggestions

See all

            

| RARE Trader Joe's 2018 Rose Parade Spinner Lapel Pin Collectible | TRADER JOE'S 2014 Rose Parade Pickle Car Float Collectible Pin | TRADER JOE'S 2022 Rose Parade Watermelon Pin | PINTRILL PIN - Museum Of Weed - Collectors Item. | ZARD Snowmen Brooch with Scarf and Hat in Crystal Accent Christmas Holiday Pin | Lape |
|---|---|---|---|---|---|
| Pre-owned | Pre-owned | New | New | New | New |
| $7.99 | $16.99 | $18.99 | $18.99 | $25.80 | $12. |
| + $6.90 shipping | + $3.84 shipping | + $3.84 shipping | + $5.35 shipping | Free shipping | Free |
| Seller with a 100% positive feedback | Seller with a 99.7% positive feedback | Seller with a 99.7% positive feedback | Seller with a 100% positive feedback | Seller with a 99.4% positive feedback | 13 w |

---

| About this item | Shipping, returns, and payments |                    Report this item |
|---|---|

Seller assumes all responsibility for this listing.                eBay item number:  395098119550

Last updated on Feb 25, 2024 13:26:38 PST  View all revisions

## Item specifics

| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more | Type | Pin |
|---|---|---|---|
| Brand | Trader Joe's | Color | blue |

## Item description from the seller

- Trader Joe's 2020 Rose Parade Collectible Pin
- Chocking Hazard Ages 4+ Product is intended for the Adult Collector Product may contain Sharp Points, Small Parts, and other Elements not suitable for children

# Exhibit 6



| | |
|---|---|
| Document title: | Trader Joe's Rose Parade Pins Set of 7 \| Mercari |
| Capture URL: | https://www.mercari.com/us/item/m97170037240/?ref=brand_detail |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:20:27 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:21:38 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 6 |
| Capture ID: | wvJptMRtnQ1kEz7ehCmvzr |
| User: | lw-apasillas |



# Exhibit 7



| | |
|---|---|
| Document title: | Trader Joe's T Shirt Short Sleeve Employee Hibiscus Blue Mens Size Large \| eBay |
| Capture URL: | https://www.ebay.com/itm/134966160363?itmmeta=01HSFJM1V5952EDAHQR9E04 ESS&hash=item1f6c9c2beb:g:PIgAAOSwoNdl58ma&itmprp=enc %3AAQAJAAAA4LmTxBEVLrlgYWwN98WmjKM99sdlxg%2FtvvCW2h%2BiGspTb %2Ff%2BqstJK7Ed5fgzJPpv%2FPGBIZpVkiGogWVbrowfMPIF6mo6sa9dt9z%2FhU yS5Ra4lSGgQFWEn2p2h6nltfWSSFvm8Chrg9rTHIjUvTVmtXGYoVvaSoA8uAs0fMm Zb%2F3C2LBwh7dkRaAYmO%2Bfi8pd0fm6tA%2BHCDGoB %3BM0gRTi4VUgLsixZbjv5Bm4Jkpuqj0i38ABhUs4XgN7FSDAyKfd %2BXzTMEneqzWWPBwTwhM18Th20sadAXmi3sgErZXs6F8Y%7Ctkp %3ABFBM8p3Q8stj |
| Page loaded at (UTC): | Thu, 21 Mar 2024 05:19:53 GMT |
| Capture timestamp (UTC): | Thu, 21 Mar 2024 05:20:46 GMT |
| Capture tool: | 10.44.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Linux (Node 18.18.2) |
| PDF length: | 12 |
| Capture ID: | eskK13Zgmyv2Xy7HXnCDwW |
| User: | lw-aman |



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

**eBay**    Shop by category    🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

‹ Back to home page    Clothing, Shoes & Accesso...    ...    Men's Clothing    Shirts    T-Shirts    Share · Add to Watchlist

### People who viewed this item also viewed

 Trader Joes Short Sleeve Shirt Men's Size Medium Blue...
**$19.88**
+ $5.99 shipping
Sponsored

 Traders Joe's Employee T-Shirt Size XL Short Slee...
**$12.99**
+ $6.65 shipping

 Trader Joes T Shirt Mens Size XL Black Long Sleeve...
**$14.80**
+ $6.00 shipping

 Trader Joe's Crew Shirt, size small, short sleeves, navy...
**$10.00**
+ $4.68 shipping








## Trader Joe's T Shirt Short Sleeve Employee Hibiscus Blue Mens Size Large

 slsterrett (1244)
**100% positive** · **Seller's other items** · **Contact seller**

### US $15.99
or Best Offer

Condition:    **Pre-owned**
*"Excellent condition. Stored unused."*

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

↩ **Breathe easy.** Returns accepted.

Shipping:    **US $5.90** Standard Shipping. See details
Located in: Salinas, California, United States

Delivery:    Estimated between **Fri, Mar 22** and **Mon, Mar 25** to 98119 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:      
**PayPal CREDIT**
Special financing available. See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? **Sell now**

### Similar items
Sponsored    See all    Feedback on our suggestions


Trader Joes Short Sleeve Shirt Men's Size Medium Blue Hibiscu...
Pre-owned
**$19.88**
+ $5.99 shipping
Free returns
🏅 Top Rated Plus


Traders Joe's Employee T-Shirt Size XL Short Sleeve Unisex Royal...
New (Other)
**$12.99**
+ $6.65 shipping


Vintage Microsoft Windows 95 Polo Shirt Mens Size XL Black...
Pre-owned
**$0.99**
0 bids
+ $7.95 shipping


Trader Joes Shirt Employee Blue Short Sleeve Hibiscus Cott...
Pre-owned
**$10.95**
~~$12.88~~ 15% off
+ $7.00 shipping
Free returns
🏅 Top Rated Plus

### Shop with confidence
🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more    ?

~~~~ shipping        ~~~~~ shipping        ~~~~ 15% off           your eBay Mastercard®. Learn more
Free returns                                + $7.00 shipping
+ Top Rated Plus      + $7.95 shipping     Free returns         **Shop with confidence**
                                           + Top Rated Plus
                                                                eBay Money Back Guarantee
                                                                Get the item you ordered or your money back. Learn
                                                                more

---

**What's your size?**

Add your size to see recommendations that will fit better.

[ Add your size ]

---

## Explore related items

Sponsored                                                     Feedback on our suggestions

See all

    

| Trader Joe's employee crew Hibiscus shirt mens XL long sleeve blue | Trader Joes Short Sleeve Shirt Men's Size Medium Blue Hibiscus Logo Employee | Traders Joe's Employee T-Shirt Size XL Short Sleeve Unisex Royal Blue New | Trader Joe's Short Sleeve Unisex Employee T-Shirt Hibiscus Burgundy Medium | New Comfort Colors XL Cotton Shirt Mens Short Sleeve Crew Neck Tee Top X-... | Trad... Blue... |
| Pre-owned | Pre-owned | New (Other) | Pre-owned | New (Other) | Pre-... |
| $12.57 | $19.88 | $12.99 | $15.00 | $10.95 | $8.8... |
| $17.95 30% off | + $5.99 shipping | + $6.65 shipping | + $4.43 shipping | Free shipping | + $5... |
| + $6.50 shipping | + Top Rated Plus | Last one | Seller with a 100% positive | Seller with a 99.8% positive | + To... |
| + Top Rated Plus | Seller with a 99.5% positive feedback | | feedback | feedback | Selle... feed... |

---

About this Item | Shipping, returns, and payments                        Report this item

Seller assumes all responsibility for this listing.

Last updated on Mar 05, 2024 17:44:19 PST  View all revisions        eBay item number:  134966160363

## Item specifics

| | | | |
|---|---|---|---|
| Condition | Pre-owned ⓘ | Seller Notes | "Excellent condition. Stored unused." |
| Features | All Seasons, Easy Care, Lightweight | Department | Men |
| Personalize | No | Handmade | No |
| Pattern | Graphic Print | Season | Fall, Spring, Summer, Winter |
| Vintage | No | Size | L |
| Country/Region of Manufacture | Honduras | Material | Cotton |
| Size Type | Regular | Neckline | Crew Neck |
| Sleeve Length | Short Sleeve | Fabric Type | Knit |
| Brand | Port Co | Color | Blue |
| Garment Care | Machine Washable | Theme | Hawaiian |
| Fit | Regular | Type | T-Shirt |

---

Document title: Trader Joe&#39;s T Shirt Short Sleeve Employee Hibiscus Blue Mens Size Large | eBay
Capture URL: https://www.ebay.com/itm/134966160363?...
Capture timestamp (UTC): Thu, 21 Mar 2024 05:20:46 GMT

**Exhibit 7**
**20**

| | | | |
|---|---|---|---|
| Country/Region of Manufacture | Honduras | Material | Cotton |
| Size Type | Regular | Neckline | Crew Neck |
| Sleeve Length | Short Sleeve | Fabric Type | Knit |
| Brand | Port Co | Color | Blue |
| Garment Care | Machine Washable | Theme | Hawaiian |
| Fit | Regular | Type | T-Shirt |

## Item description from the seller

Trader Joe's Short Sleeve T Shirt.
Graphic Hibiscus. Trader Joe's on Front and Back.
Color is Baby Blue.
Excellent condition. Stored Unused.

Men's Size Large
Chest measures 44 inches.
Front length measures 30 inches.



**slsterrett**

100% Positive Feedback
3.2K items sold

Joined Oct 1997

Seller's other items

Contact

Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬▬▬ | 4.9 |
| Shipping speed | ▬▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬▬ | 5.0 |

### Seller feedback (1,158)

m***m (119) • Past year — Verified purchase

Top notch in every category, great communication, awesome value, described as used but look new, shipped it the day I bought it, package better than if it came from Bloomingdale's.

Patagonia Board Shorts Mens 32 Wavefarer Swim Shorts Beach Blue Brown Yellow (#134645825234d)

m***t (653) • Past 6 months — Verified purchase

This seller is fantastic. Slight issue with usps . The seller communicated with me the entire time until the package arrived. I can't say enough kind words ! Stellar....absolutely STELLER

NEW Disney Minnie Mouse Knit Beanie and Stretch Gloves Set Girls One Size (#134805680818)

i***e (205) • Past 6 months — Verified purchase

Very satisfied!! Item arrived well packaged and exactly as described. Very fast shipping! Excellent eBay seller. Highly recommend!!

Spyder Active ProWeb Long Sleeve Shirt 1/4 Zip Base Layer Grey Mens Size Medium (#134868854216)

See all feedback

Back to home page

Return to top

Document title: Trader Joe&#39;s T Shirt Short Sleeve Employee Hibiscus Blue Mens Size Large | eBay
Capture URL: https://www.ebay.com/itm/134966160363?...
Capture timestamp (UTC): Thu, 21 Mar 2024 05:20:46 GMT

**Exhibit 7**

**21**

# Exhibit 8



| | |
|---|---|
| Document title: | 10 things you should never do in a Trader Joe's, according to employees - pennlive.com |
| Capture URL: | https://www.pennlive.com/life/2020/05/10-things-you-should-never-do-in-a-trader-joes-according-to-employees.html |
| Page loaded at (UTC): | Tue, 19 Mar 2024 18:59:50 GMT |
| Capture timestamp (UTC): | Tue, 19 Mar 2024 19:02:30 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 18 |
| Capture ID: | 4zPRT2bMFqsLcAZgmNKGsV |
| User: | lw-daragon |



☰  Set weather ⌄                    PENN LIVE
                                    Patriot-News                    [ Subscribe ]    ⊙ Sign in ⌄

Unlimited Digital Access - Start Today for $1 - Expires 4/1/24

Advertisement


LIFE & CULTURE

# 10 things you should never do in a Trader Joe's, according to employees

Updated: Mar. 06, 2023, 12:06 p.m. | Published: May. 08, 2020, 11:24 a.m.



Advertisement


People line up outside of Trader Joe's before they open. (Patti Sapone | NJ Advance Media)  Patti Sapone | NJ Advance Media

   

By **Linda Hasco | lhasco@pennlive.com**

It's hard to find anyone who doesn't love the shopping experience offered at Trader Joe's.

Since the first store opened in 1967 in Pasadena, California, Trader Joe's has been known for offering "the best quality products for the best, everyday prices," proclaims its website, and it's employees have been known for "their bright, tropical-patterned shirts and for generally being nice, helpful, and well informed."

Advertisement


**Recommended for You**



Best High-Yield Online Savings Accounts of March 2024
Suggest-me    [ Learn More ]

Elton John's husband provides major update on singer's health post-surgery
PennLive.com

'Never Going Back to


patterned shirts and for generally being nice, helpful, and well informed."

Advertisement



People Over 50 Are Playing This Game To Stay Relaxed (Try)
Taonga: The Island Farm|Sponsored

The unique shopping experience offered by Trader Joe's "means the etiquette for customers at TJs can also be a bit different from that of a typical supermarket," says a report by Insider.

According to Insider, when it checked in with former and current Trader Joe's employees, here's what it learned was particularly annoying to store employees - and, the 10 things a shopper should never do in the store.

**1: "Don't ask two different employees to look for the same item."**

When Insider spoke with a former Trader Joe's employee, he said, *"Customers often asked me to look in the back of the store for something, and it really bothered me when I'd come back out to find that they had asked a different employee to check in the back as well."*

It's often more useful to ask when an employee expects an item to be restocked, than to send multiple staff members on a hunt for the same out-of-stock item, reports Insider.



Don't pass up a sample of Trader Joe's coffee, but be sure to dispose of the sample cup in the provided trash cans. (Grant Butler, The Oregonian/OregonLive) LC- Grant Butler, The Oregonian/OregonLive LC-Grant Butler, The Oregonian/

Advertisement


Elton John's husband provides major update on singer's health post-surgery
PennLive.com


'Never Going Back to Prime'—Why 20,000 Users Prefer This Shopping Secret
Online Shopping Tools


Pregnant Amish woman found dead in Pa. had cuts on her head, neck
PennLive.com


Here's What A Walk-In Shower Should Cost
West Shore Hom...    Learn M


'Fixer Upper' fans share mixed reactions after Chip and Joanna Gaines' big...
PennLive.com

Promoted Links by Taboola

Advertisement


PENN LIVE
PA's #1 Trusted News Source
Subscribe today for exclusive content, photos and more!

Don't pass up a sample of Trader Joe's coffee, but be sure to dispose of the
sample cup in the provided trash cans. (Grant Butler, The
Oregonian/OregonLive) LC- Grant Butler, The Oregonian/OregonLive LC-
Grant Butler, The Oregonian/

Advertisement



### 2: "There's no reason to leave sample cups or trash around the store."

Insider reports that a former Trader Joe's employee said the staff
hated when sample cups and food wrappers were left scattered
around the store.

*"There are plenty of garbage cans around the store, so it's annoying to
find trash left on shelves or in carts,"* they told Insider. *"This is
especially true if the trash was sample cups."*

Insider suggests customers show their appreciation for the free
samples by depositing used cups, utensils, and napkins in
provided trash receptacles.

### 3: "It can be rude to ignore employees when they greet you."

As touted on its website, the employees at Trader Joe's are known
for their friendliness, and being polite in return is always the best
option, says Insider.

When Insider spoke with a current Trader Joe's employee, she
said it was considered rude to ignore staff members or cut them
off during conversation.

*"When I greet a customer and ask how they are, it's frustrating when
they either don't acknowledge I said anything or they cut me off and
just ask a question about where to find an item in the store,"* the
employee told Insider. *"This happens almost daily."*

Advertisement



Advertisement





**4: "It's frustrating for employees when you put products back on the wrong shelves."**

Leaving products where they don't belong creates more work for Trader Joe's employees, who are responsible for making sure all items are shelved correctly, says Insider.

*"It's so much easier for employees if you bring items that you don't want up to the cashiers,"* a former employee told Insider. *"If everyone just brought unwanted items to the register, we could avoid hours spent dealing with misplaced items."*

So, when in doubt, pass the item to a staff member rather than abandoning it on a random shelf - especially frozen items that can be ruined if left out, says Insider.

Advertisement





Trader Joe's in State College. December 20, 2017. Dan Gleiter | dgleiter@pennlive.com HAR HAR

**5: "Try not to leave carts at the register."**

Trader Joe's shopping carts may be smaller than those at other supermarkets, but if left unattended they can still obstruct traffic flow through the store, says Insider.

*"Some people just leave their cart at the register and walk away after checking out,"* a former employee told Insider. *"The carts are located right outside, so please take it back instead of leaving it in the way of everybody else."*

For those who don't want to deal with a cart and are picking up only a few items, Insider suggests using a shopping basket instead.

**6: "Don't try to abuse the Trader Joe's return policy."**

*everybody else."*

For those who don't want to deal with a cart and are picking up only a few items, Insider suggests using a shopping basket instead.

**6: "Don't try to abuse the Trader Joe's return policy."**

Insider reports that at Trader Joe's you can bring almost any item back to the store for a full refund, with or without a receipt - that's a generous return policy. In addition to nonedible products that didn't meet your expectations, the policy includes food items - even those you've opened and eaten, says Insider. However, the store expects customers to not ask for refunds, on products they have successfully used or enjoyed.

*"Trader Joe's is known for its excellent return policy that you can use even without a receipt, so it was always annoying when people abused it," a former employee told Insider. "For example, I had multiple people return plants that they'd obviously killed and then tried to blame the store for it."*

**7: "If you want to sample a specific food, wait for a staff member — don't open the package yourself."**

According to Insider, Trader Joe's often allows customers to try before they buy - something many shoppers may not be aware of.

Insider states there are guidelines: "Customers can have an employee open just about any item for a sample before purchase, but that doesn't mean you're allowed to start opening packages on your own. An employee must be present if a customer is sampling an item from the shelves."

Employees said shoppers weren't allowed to sample certain items, such as frozen vegetables or baking mixes, reports Insider.



Each of Trader Joe's "crew members" is friendly and knowledgeable about store products and trained to do just about everything at the store. (Photo, Mark Buqnaski | MLive.com)

**8: "There's no need to critique an employee's bagging technique, especially since they are trained to do it a**

Advertisement



PENN LIVE

PA's #1 Trusted *News Source*

Subscribe today for exclusive content, photos and more!



Each of Trader Joe's "crew members" is friendly and knowledgeable about store products and trained to do just about everything at the store. (Photo, Mark Buqnaski | MLive.com)

**8: "There's no need to critique an employee's bagging technique, especially since they are trained to do it a certain way."**

A current employee told Insider that its frustrating when customers criticize the way their groceries are being bagged.

*"Staff are actually trained in the best way to bag the store's groceries, so it's annoying when a customer comes in and says that we're doing it wrong or critiques our method,"* she told Insider.

To ask an employee to put certain items in the same bag or leave an item out of one is fine, but Insider suggests "customers who are extremely particular about how their groceries are handled should simply bag their items themselves."

**9: "While at the register, you should avoid being on your phone."**

Your phone call can wait. According to Insider, when in the checkout line, it's disrespectful to staff members as well as other waiting shoppers to talk on the phone at the register.

A current employee told Insider, *"It really annoys staff when a customer is on the phone in the checkout line and then gets upset when we interrupt them to tell them the total or ask a question. Even worse, some people ask us to wait until they're off the phone."*



When the checkout aisles get busy at Trader Joe's, a maritime bell rings out, telling crew members it's all hands on deck. (LC- Grant Butler, The Oregonian/OregonLive) LC- Grant Butler, The Oregonian/

**10: "Stop ringing the bells at the checkout lanes."**

Yes, Trader Joe's may have a nautical theme, but those large bells near each cashier aren't just fun decorations, they're used by staff members to communicate or ask for assistance, says Insider.

Advertisement



telling crew members it's all hands on deck. (LC- Grant Butler, The
Oregonian/OregonLive) LC- Grant Butler, The Oregonian/

**10: "Stop ringing the bells at the checkout lanes."**

Yes, Trader Joe's may have a nautical theme, but those large bells
near each cashier aren't just fun decorations, they're used by staff
members to communicate or ask for assistance, says Insider.

Insider shares what those ringing bells mean: "Ringing the bell
once instructs staff to open another register, and two rings means
someone at the register has additional questions that need to be
answered. Three bells summons a manager."

So, you can see why employees don't appreciate when customers
or their children ring the bells for fun.

**What can we learn from this?**

Whether at Trader Joe's, or any grocery store, these employee
suggestions for proper shopping etiquette are guidelines all of us
should keep in mind, especially at this time of increased anxiety
while grocery shopping amid the coronavirus pandemic. Grocery
store employees deserve our respect and appreciation, so let's do
our part.

READ MORE:

- Will central Pa. restaurants survive coronavirus?
  Here's how they are trying to adapt
- Businesses open in defiance of Pennsylvania
  coronavirus shutdown
- AG asked to investigate sexual misconduct
  allegations against high school baseball player
- Stimulus checks: Report highlights why some older
  Americans won't see a payment
- Central Dauphin, CD East high schools schedule
  graduation ceremonies for July

Advertisement


'Never Going Back to Prime'—Why
20,000 Users Prefer This Shopping...
Online Shopping Tools


Don't Pay $179/Year for Amazon Prime
- Use This Trick Instead
Coupon Code Finder


GNC's #1 Testosterone Booster
Turning Old Men Into 'Young Bucks'
Nugenix    Read More

Advertisement





Coronavirus cases in Pennsylvania
As of 12 p.m. Dec. 18, 2020, the Pa. Department of Health reports that there are 538,551 confirmed and probable cases of COVID-19 in Pennsylvania. There are at
least 13,600 reported deaths from the virus.

# Exhibit 9



| | |
|---|---|
| Document title: | Salted Caramel Hot Cocoa Stirring Spoon with Mini Marshmallows \| Trader Joe's |
| Capture URL: | https://www.traderjoes.com/home/products/pdp/salted-caramel-hot-cocoa-stirring-spoon-with-mini-marshmallows-076706 |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:32:06 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:32:49 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 4 |
| Capture ID: | meSypwoAFQCQeTvbXjx86M |
| User: | lw-apasillas |



### Salted Caramel Hot Cocoa Stirring Spoon with Mini Marshmallows

Home > Products > Food > Snacks & Sweets > Candies & Cookies > Salted Caramel Hot Cocoa Stirring Spoon with Mini Marshmallows

**$0.99**/1.16 Oz

Trader Joe's Salted Caramel Hot Cocoa Stirring Spoon with Mini Marshmallows combines rich milk chocolate with the flavor of Salted Caramel. And we've topped it off with white & pink Mini Marshmallows. This handy Spoon is Hot Cocoa waiting to happen. All it requires is a mug of

∨ Read More

+ ADD TO LIST



**We Love This For...**

Fall Faves    Family Style

Giftable    Treat Yourself!

**Ingredients**

- MILK CHOCOLATE (SUGAR, COCOA BUTTER, WHOLE MILK POWDER, UNSWEETENED CHOCOLATE, WHEY

**Nutrition Facts**

SERVING SIZE

**1 piece** (33g)

CALORIES PER SERVING

**180**

| SERVES 1 | AMOUNT | %DV |
|---|---|---|
| Total Fat | 11 g | 14% |
| Saturated Fat | 7 g | 35% |
| Trans Fat | 0 g | |
| Cholesterol | less than 5 mg | 1% |

**We use cookies on our website to improve the customer experience.**

By continuing to enjoy our site, you are agreeing to our use of cookies (the kind that are full of bytes vs the kind you bite). For more information on how we collect and use this information, please review our **Privacy Policy**

GOT IT



## TRADER JOE'S

🔍 Search   📋 Shopping List

MINI MARSHMALLOWS [SUGAR, GLUCOSE
FRUCTOSE SYRUP [WHEAT], WATER,
CORNSTARCH, DEXTROSE,
CARRAGEENAN, RICE PROTEIN, NATURAL
FLAVORS)

• SEA SALT

• NATURAL FLAVORS.

**CONTAINS MILK, SOY, WHEAT.**

**MAY CONTAIN EGG, BRAZIL NUT, ALMOND,
HAZELNUT.**

| | | |
|---|---|---|
| Dietary Fiber | less than 1 g | 3% |
| Total Sugars | 17 g | |
| Includes | 15 g Added Sugars | 30% |
| Protein | 2 g | |
| Vitamin D | 0.1 mcg | 0% |
| Calcium | 70 mg | 6% |
| Iron | 0.9 mg | 6% |
| Potassium | 120 mg | 2% |

**NOTE:** Since posting, the details of this item may have changed due to fluctuating market prices, federal regulations, currency rates, drought, bandits, rush hour traffic, filibusters, zombie apocalypse, punctilious product developers…Contact our Crew for current price and availability

---

**So, What Else is New?** 

---



Entrées & Sides

**Chiles Rellenos con Queso**

$5.99/14.4 Oz

( + ADD TO LIST )



Pet Stuff

**Chicken & Bone Broth Recipe Dog Treats**

$3.99/6 Oz

( + ADD TO LIST )



Entrées & Center of Plate

**Hardwood Smoked Pulled Chicken**

$8.99/16 Oz

( + ADD TO LIST )



Nuts, Dried Fruits, Seeds

**Sweetened Green Mango**

$2.49/6 Oz

( + ADD TO LIST )

← **1** 2 →

| The Fearless Flyer | The Podcast | Recipes |
|---|---|---|
| GET IT | LISTEN | TRY |

We use cookies on our website to improve the customer experience.

By continuing to enjoy our site, you are agreeing to our use of cookies (the kind that are full of bytes vs the kind you bite).
For more information on how we collect and use this information, please review our **Privacy Policy**

GOT IT

# Exhibit 10



| | |
|---|---|
| Document title: | Cookie Mug Hangers | Trader Joe's |
| Capture URL: | https://www.traderjoes.com/home/products/pdp/cookie-mug-hangers-068826 |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:31:09 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:31:42 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 4 |
| Capture ID: | 8pnuxecwGzyeLnYHgZFKjV |
| User: | lw-apasillas |

PDF REFERENCE #:        sNab38LJ2gbpaag3EUP7nE

**Exhibit 10**
**33**



**TRADER JOE'S**

Home › Products › Food › Snacks & Sweets › Candies & Cookies › Cookie Mug Hangers

# Cookie Mug Hangers

**$2.99** /5.47 Oz

Given our proliferation of festive holiday beverages and tasty cookies, we appreciate any opportunity to dunk said cookies into said beverages. So is it any wonder why Trader Joe's Cookie Mug Hangers are such a slam dunk of a holiday treat? These gingerbread person-shaped cookies are designed to

˅ **Read More**

+ **ADD TO LIST**



**We Love This For...**

⬗ Family Style    ⬗ Merry-making

⬗ Treat Yourself

## Ingredients

WHEAT FLOUR, SUGAR, PALM OIL, WHEAT STARCH, CARAMELIZED INVERT SUGAR SYRUP, RAPESEED OIL, LEAVENING (SODIUM BICARBONATE, CREAM OF TARTAR), EGGS, GROUND CINNAMON, SALT, CARAMELIZED SUGAR, GROUND MACE.

## Nutrition Facts

**SERVING SIZE**

**4 cookies** (39g)

**CALORIES PER SERVING**

**180**

| SERVES ABOUT 4 | AMOUNT | %DV |
|---|---|---|
| Total Fat | 6 g | 8% |
| Saturated Fat | 3.0 g | 15% |
| Trans Fat | 0 g | |
| Cholesterol | 5 mg | 2% |
| Sodium | 180 mg | 8% |
| Total Carbohydrate | 29 g | 11% |

**We use cookies on our website to improve the customer experience.**

By continuing to enjoy our site, you are agreeing to our use of cookies (the kind that are full of bytes vs the kind you bite).
For more information on how we collect and use this information, please review our **Privacy Policy**

GOT IT



### TRADER JOE'S

🔍 Search    📋 Shopping List

ALMOND, COCONUT, HAZELNUT, MACADAMIA
NUT, SHEA NUT.

| | | |
|---|---|---|
| Includes | 12 g Added Sugars | 24% |
| Protein | 2 g | |
| Vitamin D | 0 mcg | 0% |
| Calcium | 10 mg | 0% |
| Iron | 0 mg | 0% |
| Potassium | 70 mg | 2% |

**NOTE:** Since posting, the details of this item may have changed due to fluctuating market prices, federal regulations, currency rates, drought, bandits, rush hour traffic, filibusters, zombie apocalypse, punctilious product developers…Contact our Crew for current price and availability

## So, What Else is New?





Entrées & Sides
**Chiles Rellenos con Queso**

**$5.99**/14.4 Oz

⊕ ADD TO LIST



Pet Stuff
**Chicken & Bone Broth Recipe Dog Treats**

**$3.99**/6 Oz

⊕ ADD TO LIST



Entrées & Center of Plate
**Hardwood Smoked Pulled Chicken**

**$8.99**/16 Oz

⊕ ADD TO LIST



Nuts, Dried Fruits, Seeds
**Sweetened Green Mango**

**$2.49**/6 Oz

⊕ ADD TO LIST

← **1** 2 →



**The Fearless Flyer**
GET IT

**The Podcast**
LISTEN

**Recipes**
TRY

**We use cookies on our website to improve the customer experience.**

By continuing to enjoy our site, you are agreeing to our use of cookies (the kind that are full of bytes vs the kind you bite).
For more information on how we collect and use this information, please review our **Privacy Policy**

GOT IT

# Exhibit 11



| | |
|---|---|
| Document title: | What's Good at Trader Joe's?: Trader Joe's Chocolate Salted Caramel Mug Mix |
| Capture URL: | https://www.whatsgoodattraderjoes.com/2018/10/trader-joes-chocolate-salted-caramel.html |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:35:43 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:36:57 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 7 |
| Capture ID: | h2EQYfr2T5fNh58vZDgRZ5 |
| User: | lw-apasillas |





First impressions: I'm really surprised at how easy the product was to make. If I had been handed a dessert like this at a fancy restaurant, I'd have marveled at what wizardry might have been responsible for getting actual salted caramel into the middle of a brownie in the middle of a coffee mug. I never would have guessed in a million years that it could be as simple as plopping two unwrapped caramels into the mix during a 40 second microwaving process. And yet that's it. Stir water into the mix, heat, drop caramels, heat again. Done.



My foodie-hack prowess is responsible for the odd streaking marks on the sides of the mug. I'm sure with a little patience and care, one could spiff the presentation up a bit more than I did. Also, for some reason, the colors of the brownie turned out a bit redder in this picture than they appeared to my naked eye. Not sure what I can attribute that to. I either need to white balance my camera again or get my eyes checked or both. Or neither. It's not a big deal, is it?

Flavor-wise, this product is quite sweet. I've mentioned many times before that I do have a sweet tooth, but I'm craving sugary stuff less and less in my old age. This, surprisingly, was one of the most cloyingly sweet items from Trader Joe's in recent memory. There's a bit of richness to the chocolate, and you can definitely taste the sea salt of the salted caramel, but the dominant essence was very sweet to my tongue. We've seen the Fleur de Sel Caramel on this blog once or twice before, and it's a quality product for sure, but it is quite sweet, as well as salty and creamy. This time, it comes in the form of cellophane-wrapped, bite-size chewy candies—four of them, two for each of the two suggested servings. I should also note that there are two individual packages for the cake mix, too. All the measuring is already done for you.

The flavors of the brownie and caramel come together nicely, despite the sweetness. I can't complain about this product too much in the end. It's very convenient and fun to make. The texture is everything you'd want and expect from a fresh-made brownie filled with gooey caramel, and the price is right at $1.99. I probably wouldn't purchase again just because it's rare I crave chocolate and salted caramel these days, but if you do, this would definitely be a product you should reach for.

Bottom line: 7.5 out of 10.


ABOUT OUR TEAM



Tweet this page!
 Post

**Ranking Roll Call**

- Pantheon Level - The Best of the Best
- Really Darn Good
- Not Bad
- Meh
- Not So Great
- Blahhh



**Products by Meal or Type**

- Appetizers
- Beef
- Beverages
- Breakfast
- Cheese
- Chicken and Turkey
- Condiments and Sauces
- Dairy Free
- Dinner
- Fake Meat
- Fruit
- Gluten Free
- Grains, Breads & Cereals
- Kosher
- Lunch
- Microwavable
- Organic
- Other Meats
- Pet Treats
- Pork
- Seafood
- Sides
- Snacks and Desserts
- Vegan
- Vegetarian
- Veggies





everything you'd want and expect from a fresh-made brownie filled with gooey caramel, and the price is right at $1.99. I probably wouldn't purchase again just because it's rare I crave chocolate and salted caramel these days, but if you do, this would definitely be a product you should reach for.

**Bottom line: 7.5 out of 10.**

Posted by Nathan Rodgers at 7:07 AM

Labels: not bad, snacks and desserts

## 5 comments:

Unknown  October 15, 2018 at 12:16 PM

I hope they do a funfetti flavor next. Birthday cake flavor!

Reply

▼ Replies

Nathan Rodgers  October 16, 2018 at 5:49 PM

Birthday cake mug mix would be awesome!

Reply

Unknown  October 15, 2018 at 5:22 PM

There are tons of mug cake recipes out there (including some semi terrifying "healthy" ones) which are probably a good alternative for anyone worried about that 45g sugar (?!)
I'll probably stick to straight up chocolate for my treat calories

### International Inspirations

- Chinese, Japanese, and Thai
- Indian
- Italian, French, and other European
- Latin, Mexican, and Tex-Mex
- Middle Eastern and Mediterranean

Followers

Blog Archive

▶ 2024 (33)
▶ 2023 (161)
▶ 2022 (144)
▶ 2021 (144)
▶ 2020 (152)
▶ 2019 (150)
▼ 2018 (156)
  ▶ December (12)
  ▶ November (12)

**Exhibit 11**

**39**

# Exhibit 12

# Why Is This $2.99 Tote Bag Causing Chaos?

The New York Times

March 5, 2024 Tuesday 13:32 EST

Copyright 2024 The New York Times Company All Rights Reserved

**Section:** STYLE

**Length:** 707 words

**Byline:** Madison Malone Kircher Madison Malone Kircher is a Times reporter covering internet culture.
**Highlight:** It's tiny. It's cheap. Trader Joe's stores can't seem to keep them on shelves.

## Body

It's tiny. It's cheap. Trader Joe's stores can't seem to keep them on shelves.

Thaddeus Yan went to Trader Joe's more than a dozen times last week, but he wasn't there for groceries. Mr. Yan, a 23-year-old lifestyle content creator in Los Angeles, was searching for a tote bag.

Not just any tote bag, though. Trader Joe's new miniature tote bag, a version of its standard canvas bag that is just large enough to fit your lunch, a water bottle and a few sundries. The mini tote is sold in four colors — blue, red, yellow and green — and Mr. Yan was determined to own them all.

Priced at a modest $2.99, the limited-edition bag has become a hit on social media. Mr. Yan, a self-described Trader Joe's super fan, was one of many TikTok users to document their hunts for the item, which has become increasingly hard to find.

Mr. Yan first learned about the tote bags from the Instagram account @traderjoeslist, which is devoted to all things related to the store. (It is not run by Trader Joe's but by another fan of the company.)

"It's a cute little item. It's cheap. I feel like it's very fitting for my generation, which is Gen Z," Mr. Yan said. "I heard that they were extremely limited edition and this would be, like, a onetime drop."

He visited seven stores last week before finding one that had the bag. The first was the Trader Joe's location where he usually shops, where an employee told him the bag had already sold out and to check back later in the week. At another shop, he was told that people had begun lining up at 7:30 a.m., well before the store opened. He struck out there, too.

An employee at the eighth store he called told him it had a few bags left, but that they were flying off the shelves and he should hurry.

"There were so many people surrounding the display, and they were grabbing them so fast," Mr. Yan said of the scene when he arrived. "I took all the ones I could get." He bought four for himself and one for a friend.

According to some TikTok users, certain stores have placed a limit on the number of totes customers can purchase. Trader Joe's did not respond to requests for comment.

Erin Kurland, an employee at a Trader Joe's in Denver, said the tote bags had caused a "craze."

Ms. Kurland said that, while working a recent shift, a customer at her store purchased 10 bags. The customer was in Denver for a work trip and was worried the totes would sell out before being able to buy some at home.

**Exhibit 12**

**40**

Why Is This $2.99 Tote Bag Causing Chaos?

"She made sure to go out of her way on a work conference to come get these totes," Ms. Kurland, 29, said.

While Ms. Kurland said her Trader Joe's location had otherwise been relatively calm, on TikTok some shoppers have posted videos of throngs of people emptying store displays.

Elinor Kim, 22, and her sister struck out at the first store they visited this week. When they arrived at a second, a line was already forming. Ms. Kim, a 22-year-old college student in Chino Hills, Calif., recorded the scene and posted the video on TikTok, calling the experience "scary." She also bought seven bags, some of which she gave to friends and family.

"I wasn't really sure what I was going to use it for, but I felt like with everyone grabbing, it made me want to get it, too," she said of the tote, which has already begun to appear on resale sites like eBay and Depop at a significant markup, with some priced as high as $20.

The tiny Trader Joe's bag is the latest in a series of totes that have had brushes with internet fame. In 2022, L.L. Bean's classic Boat and Tote bag got a modern upgrade when people began having the style monogrammed with ironic words and phrases. (Think "Prada" and "emotional baggage.") After the grocery-delivery company Fresh Direct stopped taking back its bags during the pandemic, some people started turning them into wearable works of art. And earlier this year, the lifestyle influencer Emily Mariko drew criticism after she began selling an extra-large tote for $120. (It sold out almost immediately.)

But not everyone has fallen for Trader Joe's latest riff on the classic canvas tote.

"Y'all are tweaking over a grocery bag," Olivia Akinfe, 22, said in a TikTok video.

PHOTO: The limited-edition bag is a social-media hit. (PHOTOGRAPH BY THADDEUS YAN) This article appeared in print on page ST9.

**Load-Date:** March 10, 2024

---

**End of Document**

**Exhibit 12**
41

# Exhibit 13



| | |
|---|---|
| Document title: | (5) Trader Joe's United on X: "Our union merch is finally here! Thank you to everyone who's been dming us about it and patiently waiting for TJU swag to become a reality. Shirts, buttons, totes, mugs, all right here: https://t.co/9Ceg2QtY1L https://t.co/kSBi1dwGNG" / X |
| Capture URL: | https://twitter.com/TraderJoesUnite/status/1672280062777864201 |
| Page loaded at (UTC): | Sun, 17 Mar 2024 16:18:30 GMT |
| Capture timestamp (UTC): | Sun, 17 Mar 2024 16:19:17 GMT |
| Capture tool: | 10.44.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.18.2) |
| PDF length: | 4 |
| Capture ID: | 5nNjzjpvikyoDA7fath8Dn |
| User: | lw-apasillas |

**Exhibit 13**
**42**

← **Post**

**Trader Joe's United**
@TraderJoesUnite

Our union merch is finally here! Thank you to everyone who's been dming us about it and patiently waiting for TJU swag to become a reality.

Shirts, buttons, totes, mugs, all right here:

store.traderjoesunited.org



0:10

4:26 PM · Jun 23, 2023 · **3,137** Views

💬 3        ↻ 16        ♡ 47        🔖 1        📤

🧑 Post your reply                                    Reply

**STHannigan** @sthannigan · Jun 23, 2023        ···
Ordering. Can't wait to throw that TJ's United bag over my shoulder and walk past the Hadley managers

GIF

💬 1        ↻        ♡ 1        📊 80        🔖        📤

**Trader Joe's United** @TraderJoesUnite · Jun 24, 2023        ···
Hell yeah!! We can't wait to see it :)

💬        ↻        ♡        📊 64        🔖        📤

🔍 Search

### Relevant people

**Trader Joe's United**        Follow
@TraderJoesUnite
Independent labor union of Trader Joe's workers. We can help you organize your store! #thecrewunited

### What's happening



**Wizards at Bulls**
NBA · Last night

Sports · Trending        ···
**#MUNLIV**
Trending with #FACup, #FACup

Food · Trending        ···
**#BoycottPlanetFitness**
13.8K posts

Trending in United States        ···
**#IStandWithCatherine**
31.6K posts

Politics · Trending        ···
**#bloodbath**
22.3K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

**Exhibit 13**
**43**



← Post

**Trader Joe's United** @TraderJoesUnite · Jun 24, 2023

Hell yeah!! We can't wait to see it :)

64

**ben** @maganagetcha · Jun 23, 2023

I'm coppin

51

**G5 Games** @G5games                    Ad

Don't miss out on the best Hidden Object Game. Play Hidden City Now for Free!

From g5.com

7      5      25      145K

**Union Tyler** @UnionTyler · Jun 23, 2023

Gonna be all over this when that new paycheck hits

2      101

Search

**Relevant people**



**Trader Joe's United**    Follow
@TraderJoesUnite

Independent labor union of Trader Joe's workers. We can help you organize your store! #thecrewunited

**What's happening**

**Wizards at Bulls**
NBA · Last night

Sports · Trending                    ···
#MUNLIV
Trending with #FACup, #FACup

Food · Trending                    ···
#BoycottPlanetFitness
13.8K posts

Trending in United States                    ···
#IStandWithCatherine
31.6K posts

Politics · Trending                    ···
#bloodbath
22.3K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···   © 2024 X Corp.

