1   SONYA Z. MEHTA, SBN 294411
    SIEGEL, YEE, BRUNNER & MEHTA
2   475 14th Street, Suite 500
    Oakland, California 94612
3   Tel: 510-839-1200
4   Fax: 510-444-6698
    sonyamehta@siegelyee.com
5
6   DAT HOANG PHAN, SBN 316813
    HENNIG, KRAMER, RUIZ AND SINGH, LLP
7   3600 Wilshire Boulevard
    Suite 1908
8   Los Angeles, CA 90010
    Tel: 213-310-8301
9   Fax: 213-310-8302
10  dat@employmentattorneyla.com

    RETU R. SINGLA, SBN 4162822
    Tel: 646-228-4719
    rsingla@workingpeopleslaw.com
    SETH L. GOLDSTEIN, SBN 2160182
    Tel: 646-460-1309
    Fax: 251-319-2955
    sgoldstein@workingpeopleslaw.com
    JULIEN MIRER SINGLA AND
    GOLDSTEIN PLLC
    One Whitehall Street, 16th Floor
    New York, NY 10004
    ADMITTED PRO HAC VICE

    Attorneys for Defendant
    TRADER JOE'S UNITED

11

12              **UNITED STATES DISTRICT COURT**
13              **CENTRAL DISTRICT OF CALIFORNIA**

14  TRADER JOE'S COMPANY, a California        )  Case No. 2:23-cv-05664-HDV-MAR
15  corporation,                             )
                                             )  **DEFENDANT TRADER JOE'S**
16                                           )  **UNITED'S APPLICATION TO**
                                             )  **APPEAR REMOTELY**
17              Plaintiff,                   )
                                             )
18                                           )  Filed Concurrently with Declaration of
                                             )  Sonya Mehta and [Proposed] Order
19  vs.                                      )
                                             )
20                                           )  Hon. Hernán D. Vera
                                             )  Date: April 11, 2024
21  TRADER JOE'S UNITED,                     )  Ctrm: 5B
                                             )  Time: 10:00 a.m.
22                                           )
                                             )
23              Defendant.                   )  Complaint Filed: July 13, 2023
                                             )
24
25
26
27
28

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Defendant Trader Joe's United's Application for Mehta to Appear Remotely – 1

**APPLICATION TO APPEAR REMOTELY**

Defendant Trader Joe's United (TJU) respectfully requests that this Court allow its counsel Sonya Mehta to appear remotely for the hearing on Defendant's Motion for Attorneys' Fees scheduled for April 11, 2024, at 10 a.m. in Los Angeles.

There is good cause for a remote appearance. Defendant's attorney Sonya Mehta wrote the instant motion and will argue it. (Declaration of Sonya Mehta, ¶ 1.) Attorney Mehta lives in Oakland, California, and will need to fly or drive to Los Angeles, either of which will consume at least one to two days' time as well as travel costs. (*Id.,* ¶ 2.) It would be a great help to Mehta to save the travel time needed here as she has motion work due in another civil rights case, next week. (*Id.,* ¶ 3.)

In addition, Trader Joe's United, a fledgling union with extremely modest funds, would appreciate the cost savings. (*Id.*, ¶ 4.)

TJU thanks this Court for its consideration.


Dated: April 5, 2024                    SIEGEL, YEE, BRUNNER & MEHTA


                                        By: ___/s/ Sonya Z. Mehta_____
                                            Sonya Z. Mehta

                                        Attorneys for Defendant
                                        TRADER JOE'S UNITED