SONYA Z. MEHTA, SBN 294411
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Tel: 510-839-1200
Fax: 510-444-6698
sonyamehta@siegelyee.com

DAT HOANG PHAN, SBN 316813
HENNIG, KRAMER, RUIZ AND SINGH, LLP
3600 Wilshire Boulevard
Suite 1908
Los Angeles, CA 90010
Tel: 213-310-8301
Fax: 213-310-8302
dat@employmentattorneyla.com

RETU R. SINGLA, SBN 4162822
Tel: 646-228-4719
rsingla@workingpeopleslaw.com
SETH L. GOLDSTEIN, SBN 2160182
Tel: 646-460-1309
Fax: 251-319-2955
sgoldstein@workingpeopleslaw.com
JULIEN MIRER SINGLA AND GOLDSTEIN PLLC
One Whitehall Street, 16th Floor
New York, NY 10004
ADMITTED PRO HAC VICE

Attorneys for Defendant
TRADER JOE'S UNITED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>**MEHTA DECLARATION ISO DEFENDANT TRADER JOE'S UNITED'S APPLICATION TO APPEAR REMOTELY**<br><br>Filed Concurrently with Application to Appear Remotely and [Proposed] Order<br><br>Hon. Hernán D. Vera<br>Date: April 11, 2024<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023 |

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Mehta Declaration ISO Defendant Trader Joe's United's Application to Appear Remotely – 1

# DECLARATION OF ATTORNEY SONYA MEHTA

I, SONYA MEHTA, declare:

1. I am an attorney for Trader Joe's United ("TJU" or "the Union") in the instant trademark infringement lawsuit Trader Joe's Company has filed against the Union. This Court granted Defendant's motion to dismiss. Defendant then sought attorneys' fees. That hearing will be held April 11, 2024. I wrote and will argue Defendant's motion for attorneys' fees.

2. I live in Oakland, California, and will need to fly or drive to Los Angeles for the hearing, either of which will consume at least one to two full days' time as well as travel costs.

3. It would be a great help to me to save the travel time needed here as I have motion work due in another civil rights case, next week.

4. Trader Joe's United, a fledgling union with extremely modest funds, would also appreciate the cost savings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 5, 2024, in Oakland, California.

Dated: April 5, 2024      /s/ *Sonya Mehta*
        Sonya Z. Mehta
        SIEGEL, YEE, BRUNNER & MEHTA
        475 14th Street, Suite 500
        Oakland, California 94612
        Tel: 510-839-1200
        Fax: 510-444-6698
        sonyamehta@siegelyee.com

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
Mehta Declaration ISO Defendant Trader Joe's United's Application to Appear Remotely – 2