| | |
|---|---|
| SONYA Z. MEHTA, SBN 294411<br>SIEGEL, YEE, BRUNNER & MEHTA<br>475 14th Street, Suite 500<br>Oakland, California 94612<br>Tel: 510-839-1200<br>Fax: 510-444-6698<br>sonyamehta@siegelyee.com<br><br>DAT HOANG PHAN, SBN 316813<br>HENNIG, KRAMER, RUIZ AND SINGH, LLP<br>3600 Wilshire Boulevard<br>Suite 1908<br>Los Angeles, CA 90010<br>Tel: 213-310-8301<br>Fax: 213-310-8302<br>dat@employmentattorneyla.com | RETU R. SINGLA, SBN 4162822<br>Tel: 646-228-4719<br>rsingla@workingpeopleslaw.com<br>SETH L. GOLDSTEIN, SBN 2160182<br>Tel: 646-460-1309<br>Fax: 251-319-2955<br>sgoldstein@workingpeopleslaw.com<br>JULIEN MIRER SINGLA AND GOLDSTEIN PLLC<br>One Whitehall Street, 16th Floor<br>New York, NY 10004<br>ADMITTED PRO HAC VICE<br><br>Attorneys for Defendant<br>TRADER JOE'S UNITED |

**NOTE CHANGES MADE BY THE COURT**

LINK 62

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRADER JOE'S UNITED,<br><br>　　　　　Defendant. | Case No. 2:23-cv-05664-HDV-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TRADER JOE'S UNITED'S APPLICATION TO APPEAR REMOTELY**<br><br>Filed Concurrently with Application to Appear Remotely and Declaration of Sonya Mehta<br><br>Hon. Hernán D. Vera<br>Date: April 11, 2024<br>Ctrm: 5B<br>Time: 10:00 a.m.<br><br>Complaint Filed: July 13, 2023 |

("[PROPOSED]" is struck through)

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
[Proposed] Order Granting Defendant Trader Joe's United's Application for Mehta to Appear Remotely – 1

# [PROPOSED] ORDER GRANTING
## DEFENDANT'S APPLICATION TO APPEAR REMOTELY

After reviewing Defendant's application and declaration in support of its application for its counsel Sonya Mehta to appear remotely for the April 11, 2024, 10 am hearing on its Motion for Attorneys' Fees, it is hereby ordered:

Defendant's Application to Appear Remotely is GRANTED. Zoom link found on website.

IT IS SO ORDERED.

Dated: 4/8/24

By: _____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

---

*Trader Joe's Company v. Trader Joe's United*, Case No. 2:23-cv-05664-HDV-MAR
[Proposed] Order Granting Defendant Trader Joe's United's Application for Mehta to Appear Remotely – 2