# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**          JS-6

**Case No.** 2:23-cv-05664-HDV-MAR          **Date** 05/01/2024

**Title:** Trader Joes Company v. Trader Joes United

**Present: The Honorable** Hernán D. Vera, U.S. District Judge

| W. Hernandez | Not Reported | N/A |
|---|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** | **Tape No.** |

**Attorneys Present for Plaintiffs:**          **Attorneys Present for Defendants:**

Not Present                                    Not Present

---

**Proceedings:**   ☐ In Court          ☒ In Chambers          ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated ___04/30/24___.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

**Initials of Preparer** ___wh___