## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**  JS-6

**Case No.** 2:23-cv-05664-HDV-MAR          **Date** 05/01/2024

**Title:** Trader Joes Company v. Trader Joes United

**Present: The Honorable** Hernán D. Vera, U.S. District Judge

| W. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  Not Present

**Attorneys Present for Defendants:**  Not Present

---

**Proceedings:**  ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated  04/30/24 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days.  Make JS-6.

☐ Other

☐ Entered _____.

**Initials of Preparer**  wh