Name: Jennifer L. Barry (SBN 228066)
Address: 12670 High Bluff Drive
City, State, Zip: San Diego, CA 92130
Phone: +1.858.523.5400
Fax: +1.828.523.5450
E-Mail: jennifer.barry@lw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TRADER JOE'S COMPANY, a California corporation,

PLAINTIFF(S),

v.

TRADER JOE'S UNITED,

DEFENDANT(S).

CASE NUMBER: 2:23-cv-05664-HDV-MARx

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **Trader Joe's Company** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Order on Attys' Fees Mot. (ECF No. 66)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on  **April 30, 2024** . Entered on the docket in this action on **April 30, 2024** .

A copy of said judgment or order is attached hereto.

May 2, 2024                              /s/ Jennifer L. Barry
Date                                      Signature
                                          ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).