# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Trader Joe's Company

Name(s) of counsel (if any):

Jennifer L. Barry; Latham & Watkins LLP

Address: 12670 High Bluff Drive, San Diego, CA 92130

Telephone number(s): +1.858.523.5400

Email(s): jennifer.barry@lw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Trader Joe's United

Name(s) of counsel (if any):

Sonya Mehta; Siegel, Yee, Brunner & Mehta

Address: 475 14th Street, Suite 500, Oakland, CA 94612

Telephone number(s): +1.510.839.1200

Email(s): sonyamehta@siegelyee.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Trader Joe's Company

Name(s) of counsel (if any):

Jessica Stebbins Bina, Laura R. Washington; Latham & Watkins LLP

Address: 10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067

Telephone number(s): +1.424.653.5500

Email(s): jessica.stebbinsbina@lw.com, laura.washington@lw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Trader Joe's United

Name(s) of counsel (if any):

Retu R. Singla, Seth L. Goldstein; Julien, Mirer, Singla & Goldstein, PLLC

Address: One Whitehall Street, 16th Floor, New York, NY 10004

Telephone number(s): +1.212.231.2235

Email(s): rsingla@workingpeopleslaw.com, sgoldstein@workingpeopleslaw.com

Name(s) of party/parties:

Trader Joe's United

Name(s) of counsel (if any):

Dat Hoang Phan; Hennig, Kramer, Ruiz and Singh, LLP

Address: 3600 Wilshire Boulevard, Suite 1908, Los Angeles, CA 90010

Telephone number(s): +1.213.310.8301

Email(s): dat@employmentattorneyla.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       2                                  *New 12/01/2018*